B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hank, Richard** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Hank, Joan** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0827** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9754** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1447 Ashland**<br>**River Forest, IL**     ZIP Code **60305** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1447 Ashland**<br>**River Forest, IL**     ZIP Code **60305** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>     ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>     ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>☐ Chapter 7     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9          of a Foreign Main Proceeding<br>■ Chapter 11   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 12        of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
|---|---|---|

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,     ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as          business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hank, Richard**<br>**Hank, Joan** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)             (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)


☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Hank, Richard** |
| **Hank, Joan** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Richard Hank**
Signature of Debtor **Richard Hank**

**X** **/s/ Joan Hank**
Signature of Joint Debtor **Joan Hank**

Telephone Number (If not represented by attorney)

**November 19, 2014**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ EUGENE CRANE**
Signature of Attorney for Debtor(s)

**EUGENE CRANE 0537039**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777 Fax: 312-641-7114**
Telephone Number

**November 19, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B1 (Official Form 1)(04/13)                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Hank, Richard |
| | Hank, Joan |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Richard Hank_
Signature of Debtor  **Richard Hank**

X _Joan Hank_
Signature of Joint Debtor  **Joan Hank**

_____
Telephone Number (If not represented by attorney)

**November 17, 2014**
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

**EUGENE CRANE 0537039**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

_____
Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**November 17, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Richard Hank**
**Joan Hank**
_____   Case No. _____
Debtor(s)                          Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **69**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 17, 2014**          Signature   _Richard Hank_
                                                **Richard Hank**
                                                Debtor

Date   **November 17, 2014**          Signature   _Joan Hank_
                                                **Joan Hank**
                                                Joint Debtor

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **November 17, 2014**              Signature  _____
                                                   **Richard Hank**
                                                   Debtor

Date  **November 17, 2014**              Signature  _____
                                                   **Joan Hank**
                                                   Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 201B (Form 201B) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Richard Hank**
    **Joan Hank** _____
                        Debtor(s)

Case No. _____

Chapter   **11** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Richard Hank**
**Joan Hank** _____
Printed Name(s) of Debtor(s)

X _____  November 17, 2014
   Signature of Debtor                  Date

Case No. (if known) _____

X _____  November 17, 2014
   Signature of Joint Debtor (if any)     Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Richard Hank**
     **Joan Hank**
_____
Debtor(s)

Case No. _____
Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **215**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **November 17, 2014** _____

_Richard Hank_ _____
**Richard Hank**
Signature of Debtor

Date:   **November 17, 2014** _____

_Joan Hank_ _____
**Joan Hank**
Signature of Debtor

| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B.  Enter the total(s). | $ | 0.00 | $ | |
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | | | $ | 0.00 |

| | Part II. VERIFICATION |
|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |

Date: __November 17, 2014__                Signature: _____

**Richard Hank**
(Debtor)

Date: __November 17, 2014__                Signature _____

**Joan Hank**
(Joint Debtor, if any)

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Richard Hank**
**Joan Hank**

Debtor(s)

Case No.

Chapter   **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Richard Hank**

                           **Richard Hank**

Date:   **November 19, 2014**

)/21/14 07:45PM PDT '8664311927' -> 7087713792                                  Pg 1/2

Certificate Number: 15317-ILN-CC-024405319



15317-ILN-CC-024405319

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 21, 2014, at 7:43 o'clock PM PDT, Richard Hank received from Access Counseling, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Illinois, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date:   October 21, 2014                    By:   /s/Jonald Gutierrez

                                            Name:   Jonald Gutierrez

                                            Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Richard Hank**
        **Joan Hank**

                                     Debtor(s)

Case No.

Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                           Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  __/s/ Joan Hank_____
                               Joan Hank

Date:  __November 19, 2014_____

)/21/14 07:45PM PDT '8664311927' -> 7087713792

Certificate Number: 15317-ILN-CC-024405320



15317-ILN-CC-024405320

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 21, 2014, at 7:43 o'clock PM PDT, Joan Hank received from Access Counseling, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Illinois, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date:   October 21, 2014                    By:   /s/Jonald Gutierrez

                                            Name:   Jonald Gutierrez

                                            Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Richard Hank**
**Joan Hank**

_____
Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

   Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **AAA Master Card Plat Plus**<br>**AAA Financial Services**<br>**P.O. Box 851001**<br>**Dallas, TX 75285** | **AAA Master Card Plat Plus**<br>**AAA Financial Services**<br>**P.O. Box 851001**<br>**Dallas, TX 75285** | | | 27,670.08 |
| **American Express OPTIMA Card**<br>**American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | **American Express OPTIMA Card**<br>**American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | | | 25,476.82 |
| **AT&T Universal Card Platinum**<br>**P.O. Box 6500**<br>**Sioux Falls, SD 57117-6500** | **AT&T Universal Card Platinum**<br>**P.O. Box 6500**<br>**Sioux Falls, SD 57117-6500** | | | 9,354.47 |
| **Bank of America**<br>**P.O. Box 851001**<br>**Dallas, TX 75285-1001** | **Bank of America**<br>**P.O. Box 851001**<br>**Dallas, TX 75285-1001** | | | 18,488.47 |
| **Capital One**<br>**P.O. Box 6492**<br>**Carol Stream, IL 60197** | **Capital One**<br>**P.O. Box 6492**<br>**Carol Stream, IL 60197** | | | 2,693.07 |
| **Chase Card Services**<br>**P.O. Box 15298**<br>**Wilmington, DE 19886** | **Chase Card Services**<br>**P.O. Box 15298**<br>**Wilmington, DE 19886** | | | 15,475.95 |
| **Chase Elite MasterCard**<br>**Chase Cardmember Services**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** | **Chase Elite MasterCard**<br>**Chase Cardmember Services**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** | | | 10,226.04 |
| **Chase Slate Master Card**<br>**Chase Card Services**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** | **Chase Slate Master Card**<br>**Chase Card Services**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** | | | 4,830.41 |
| **Chase United Mileage Plus**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | **Chase United Mileage Plus**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | | | 13,566.05 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Richard Hank**
        **Joan Hank**                        Case No. _____

                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Chase Visa<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Chase Visa<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | | | 13,978.21 |
| Citi Drivers Edge<br>P.O. Box 6500<br>Sioux Falls, SD 57117 | Citi Drivers Edge<br>P.O. Box 6500<br>Sioux Falls, SD 57117 | | | 22,632.91 |
| Citi Drivers Edge Master Card<br>P.O. Box 6500<br>Sioux Falls, SD 57117 | Citi Drivers Edge Master Card<br>P.O. Box 6500<br>Sioux Falls, SD 57117 | | | 7,717.38 |
| Citi Gold AAdvantage Elite Master<br>CitiCards Processing Center<br>P.O. Box 6500<br>Sioux Falls, SD 57117 | Citi Gold AAdvantage Elite Master<br>CitiCards Processing Center<br>P.O. Box 6500<br>Sioux Falls, SD 57117 | | | 45,072.44 |
| Citi Gold AAdvantage Master Card<br>CitiCards<br>P.O. Box 6004<br>Sioux Falls, SD 57117-6004 | Citi Gold AAdvantage Master Card<br>CitiCards<br>P.O. Box 6004<br>Sioux Falls, SD 57117-6004 | | | 43,763.75 |
| Discover Card<br>P.O. Box 30943<br>Salt Lake City, UT 84130 | Discover Card<br>P.O. Box 30943<br>Salt Lake City, UT 84130 | | | 12,478.09 |
| Goedert, Huntington & DeBoer<br>1200 Harger Road<br>Suite 830<br>Oak Brook, IL 60523 | Goedert, Huntington & DeBoer<br>1200 Harger Road<br>Suite 830<br>Oak Brook, IL 60523 | Attorneys fees | | 32,308.84 |
| Merrick Bank Master Card<br>Marrick Bank<br>P.O. Box 30537<br>Tampa, FL 33630 | Merrick Bank Master Card<br>Marrick Bank<br>P.O. Box 30537<br>Tampa, FL 33630 | | | 11,176.14 |
| Robert Clark & Associates<br>111 N. Wheaton Avenue<br>Unit 408<br>Wheaton, IL 60187 | Robert Clark & Associates<br>111 N. Wheaton Avenue<br>Unit 408<br>Wheaton, IL 60187 | Attorney Fees | | Unknown |
| United Mileage Plus Visa<br>Chase Card Services<br>P.O. Box 15153<br>Wilmington, DE 19886 | United Mileage Plus Visa<br>Chase Card Services<br>P.O. Box 15153<br>Wilmington, DE 19886 | | | 14,707.28 |
| US Bank Platinum Visa<br>P.O. Box 790408<br>Saint Louis, MO 63179 | US Bank Platinum Visa<br>P.O. Box 790408<br>Saint Louis, MO 63179 | | | 21,333.40 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Richard Hank**
      **Joan Hank**                                         Case No.               
                                     Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      We, **Richard Hank** and **Joan Hank**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date  **November 19, 2014**              Signature    **/s/ Richard Hank**
                                                   **Richard Hank**
                                                   Debtor

Date  **November 19, 2014**              Signature    **/s/ Joan Hank**
                                                     **Joan Hank**
                                                   Joint Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Richard Hank,**
     **Joan Hank**

                                            ,
                                 Debtors

Case No. _____

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 5 | 16,995,000.00 | | |
| B - Personal Property | Yes | 6 | 249,208.12 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 29 | | 18,550,796.98 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 767,949.80 | |
| G - Executory Contracts and Unexpired Leases | Yes | 12 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 158,844.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 11,197.50 |
| Total Number of Sheets of ALL Schedules | | 68 | | | |
| | | Total Assets | 17,244,208.12 | | |
| | | Total Liabilities | | 19,318,746.78 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Richard Hank,**
        **Joan Hank**                           Case No. _____

_____ ,
                                     Debtors      Chapter_____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Richard Hank,**                                              Case No. _____

**Joan Hank**

_____,

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Condominium**<br>**224 Palm Bldg 46, Unit 2,**<br>**Naples, FL 34112** | **Joint ownership with Milan Hornik** | J | 40,000.00 | 0.00 |
| **Condominium**<br>**102 Teryl Road, Bldg 1, Unit 2,**<br>**Naples, FL 34112** | | H | 100,000.00 | 0.00 |
| **Single Family Home**<br>**8450 Gleneagle Way**<br>**Naples, FL 34120** | | J | 555,000.00 | 619,035.46 |
| **4-Flat**<br>**4529 Maple, Ave.**<br>**Brookfield, IL 60513** | | J | 375,000.00 | 330,866.80 |
| **2- Flat**<br>**1931 East Avenue**<br>**Berwyn, IL 60402** | | J | 225,000.00 | 168,710.43 |
| **Single Family Home**<br>**6529 W. 16th Street**<br>**Berwyn, IL 60402** | | J | 50,000.00 | 6,460.50 |
| **4-Flat**<br>**3024 S. Harlem Ave.**<br>**Riverside, IL 60546** | | J | 450,000.00 | 450,611.08 |
| **4-Flat**<br>**76 Kimbark Road**<br>**Riverside, IL 60546** | | J | 350,000.00 | 925,373.23 |
| **4-Flat**<br>**324 E. Burlington Street**<br>**Riverside, IL 60546** | | J | 350,000.00 | 439,094.45 |
| **4-Flat**<br>**88 Kimbark Road**<br>**Riverside, IL 60546** | | J | 350,000.00 | 365,653.30 |
| | | Sub-Total > | 2,845,000.00 | (Total of this page) |

__4__   continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re   **Richard Hank,**                                      Case No. _____

      **Joan Hank**

_____ ,

Debtors

# SCHEDULE A - REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family Home**<br>**1921 S. Clinton**<br>**Berwyn, IL 60402** | | J | 230,000.00 | 176,903.40 |
| **3-Flat**<br>**2936 S. Harlem Ave.**<br>**Riverside, IL 60546** | | J | 300,000.00 | 383,470.37 |
| **3- Flat**<br>**1822 S. Oak Park Ave.**<br>**Berwyn, IL 60402** | | J | 220,000.00 | 297,731.80 |
| **3-Flat**<br>**1834 S. Kenilworth**<br>**Berwyn, IL 60402** | | J | 225,000.00 | 293,987.62 |
| **3-Flat**<br>**1801 S. Kenilworth**<br>**Berwyn, IL 60402** | | J | 240,000.00 | 300,647.93 |
| **4-Flat**<br>**1811 S. Kenilworth**<br>**Berwyn, IL 60402** | | J | 260,000.00 | 309,469.51 |
| **Single Family Home**<br>**3755 Jungle Plum Drive East**<br>**Naples, FL 34114** | | J | 350,000.00 | 346,512.84 |
| **Condominium**<br>**1615 Winding Oaks Way, Unit 203**<br>**Naples, FL 34109** | | J | 375,000.00 | 439,121.44 |
| **2-Flat**<br>**2131 Grove Ave.**<br>**Berwyn, IL 60402** | | J | 220,000.00 | 329,153.09 |
| **3-Flat**<br>**1945 S. Oak Park Ave.**<br>**Berwyn, IL 60402** | | J | 270,000.00 | 349,730.62 |
| **Single Family Home**<br>**41 Forest Gate Circle**<br>**Oak Brook, IL 60523** | | J | 1,250,000.00 | 1,143,428.45 |

Sub-Total >   3,940,000.00   (Total of this page)

Sheet __1__ of __4__ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re   **Richard Hank,**                                                  Case No. _____

             **Joan Hank**

                                           ,

                                   Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **6-Flat**<br>**4603 Grove Avenue**<br>**Brookfield, IL 60513** | | **J** | **450,000.00** | **Unknown** |
| **5-Flat**<br>**8013 Edgewater Road**<br>**North Riverside, IL 60546** | | **J** | **350,000.00** | **Unknown** |
| **5-Flat**<br>**6648 W. 19th Street**<br>**Berwyn, IL 60402** | | **J** | **350,000.00** | **Unknown** |
| **6-Flat**<br>**6432-34 W. 19th Street**<br>**Berwyn, IL 60402** | | **J** | **375,000.00** | **345,341.30** |
| **6-Flat**<br>**4605 S. Grove Street**<br>**Brookfield, IL 60513** | | **J** | **450,000.00** | **436,853.09** |
| **7-Flat**<br>**2830 S. Harlem Ave.**<br>**Riverside, IL 60546** | | **J** | **450,000.00** | **597,983.32** |
| **4-Flat**<br>**2834 S. Harlem Ave.**<br>**Riverside, IL 60546** | | **J** | **350,000.00** | **582,564.11** |
| **6-Flat**<br>**2840 S. Harlem Ave.**<br>**Riverside, IL 60546** | | **J** | **450,000.00** | **590,218.37** |
| **3 Unit Building**<br>**1826 S. Euclid Avenue**<br>**Berwyn, IL 60402** | | **J** | **220,000.00** | **301,787.05** |
| **5-Flat**<br>**2926 S. Harlem Ave.**<br>**Riverside, IL 60546** | | **J** | **400,000.00** | **383,147.92** |
| **Condominium**<br>**12180 Toscana Way, Unit 203**<br>**Bonita Springs, FL 34135** | | **J** | **285,000.00** | **230,519.40** |
| | | Sub-Total > | **4,130,000.00** | (Total of this page) |

Sheet   **2**   of   **4**   continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re   **Richard Hank,**            Case No. _____

　　　　**Joan Hank**

_____,
　　　　　　　　　　　　　　Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3-Flat**<br>**1932 S. Euclid**<br>**Berwyn, IL 60402** | | **J** | **240,000.00** | **344,406.07** |
| **3-Flat**<br>**3606 S. Clarence**<br>**Berwyn, IL 60402** | | **J** | **235,000.00** | **340,277.70** |
| **3-Flat**<br>**1819 S. Wesley**<br>**Berwyn, IL 60402** | | **J** | **215,000.00** | **321,223.66** |
| **5-Flat**<br>**2922 S. Harlem Ave.**<br>**Riverside, IL 60546** | | **J** | **400,000.00** | **403,195.07** |
| **4-Flat**<br>**4609 S. Grove**<br>**Brookfield, IL 60513** | | **J** | **385,000.00** | **365,748.28** |
| **4-Flat**<br>**4529 Forest Avenue**<br>**Brookfield, IL 60513** | | **J** | **375,000.00** | **366,685.74** |
| **5-Flat**<br>**2930 S. Harlem Avenue**<br>**Riverside, IL 60546** | | **J** | **425,000.00** | **170,926.85** |
| **3-Flat**<br>**1846 S. Oak Park Ave.**<br>**Berwyn, IL 60402** | | **J** | **225,000.00** | **227,921.73** |
| **Single Family Home**<br>**3707 Jungle Plum Drive West**<br>**Naples, FL 64114** | | **J** | **525,000.00** | **Unknown** |
| **Residence - Single Family Home**<br>**1447 Ashland Avenue**<br>**River Forest, IL 60305** | | **J** | **900,000.00** | **Unknown** |
| **3-Flat**<br>**1619 S. Kenilworth**<br>**Berwyn, IL 60402** | | **J** | **225,000.00** | **318,877.15** |

Sub-Total >　　**4,150,000.00**　　(Total of this page)

Sheet __3__ of __4__ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re    **Richard Hank,**                                    Case No. _____
     **Joan Hank**

_____,
                      Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3-Flat**<br>**1926 S. Euclid**<br>**Berwyn, IL 60402** | | J | 225,000.00 | 318,093.62 |
| **3-Flat**<br>**1803 S. Kenilworth**<br>**Berwyn, IL 60402** | | J | 220,000.00 | 317,700.08 |
| **3-Flat**<br>**1818 S. Kenilworth**<br>**Berwyn, IL 60402** | | J | 220,000.00 | 319,658.15 |
| **4-Flat**<br>**4521 Maple**<br>**Brookfield, IL 60513** | | J | 385,000.00 | 472,473.83 |
| **2-Flat**<br>**3314 East Avenue**<br>**Berwyn, IL 60402** | | J | 210,000.00 | 224,815.18 |
| **3-Flat**<br>**1845 S. Kenilworth**<br>**Berwyn, IL 60402** | | J | 220,000.00 | 313,064.41 |
| **3-Flat**<br>**1641 S. Wesley**<br>**Berwyn, IL 60402** | | J | 230,000.00 | 299,462.10 |
| **3-Flat**<br>**1807 S. Gunderson**<br>**Berwyn, IL 60402** | | J | 220,000.00 | 324,791.12 |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,930,000.00** | (Total of this page) |
| Total > | **16,995,000.00** | |
|  | (Report also on Summary of Schedules) | |

Sheet __4__ of __4__ continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re    **Richard Hank,**                                              Case No. _____

      **Joan Hank**

                                                  ,

                              **Debtors**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | J | **500.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business Checking at North Community Bank, Berwyn, IL** | J | **29,129.00** |
| | | | **Checking at North Community Bank in Oak Park, on Oak Park and Lake Ave.** | J | **833.00** |
| | | | **Personal Checking at North Community Bank, Berwyn, IL** | J | **1,568.00** |
| | | | **JPMorgan Portfolio Cash Account** | W | **528.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **seven (7) Florida properties - all furnished** | J | **10,000.00** |
| | | | **Personal residence at 1447 Ashland, River Forest** | J | **2,000.00** |
| | | | **41 Forest Gate Circle, Oak Brook, Illinois property - furnishings** | J | **4,500.00** |
| | | | **Illinois Apartment at 2922 S. Harlem, Riverside, IL** | J | **1,000.00** |
| | | | **2930 S. Harlem, Riverside, IL furnishings** | J | **2,000.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Native American Indian Art objects** Location: 1447 Ashland, River Forest IL 60305 | J | **3,000.00** |
| | | | **Antiques** Location: 1447 Ashland, River Forest IL 60305 | J | **500.00** |
| | | | **Coin Collection in safety deposit box @ Citizens Bank in Berwyn, Illinois** | J | **20,000.00** |
| | | | **Paper weights in safe deposit box at Citizens Bank, Berwyn, Illinois** | J | **2,000.00** |

|  | Sub-Total >  | **77,558.00** |
|---|---|---|
|  | (Total of this page) | |

__5__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Richard Hank,**                                              Case No. _____
            **Joan Hank**
_____,
                                    Debtors
## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Personal items - 8450 Gleneagle Way, Naples, FL | J | 50.00 |
| | | Personal items- 28503 Raffini Lane, Bonita Springs, FL | J | 50.00 |
| | | Personal items - 3707 Jungle Plum Drive West, Naples, FL | J | 50.00 |
| | | Personal items - 3755 Jungle Plum Drive East, Naples, FL | J | 50.00 |
| | | Personal items - 41 Forest Gate Circle, Oak Brook, IL | J | 50.00 |
| | | Personal items 8450 Glen Eagle Way, Naples, Florida | J | 350.00 |
| 6.  Wearing apparel. | | ordinary | J | 300.00 |
| 7.  Furs and jewelry. | | miscellaneous jewelry | J | 2,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | miscellaneous items, autographed football | H | 50.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Northwestern Mutual Whole Life Insurance policies on life of Richard Hank, Joan Hank beneficiary (see addendum for list and cash values) | H | 16,248.00 |
| | | Two Northwestern Mutual Whole Life Insurance Policies on life of daughter, Barbara Hank, Richard Hank beneficiary | H | 10,412.00 |
| | | Two Northwestern Mutual Whole Life Insurance Policies on life of Joan Hank, Richard Hank beneficiary | W | 9,786.00 |
| | | Northwestern Mutual Whole Life Insurance Policy on life of daughter, Diane Hank, Richard Hank beneficiary | H | 3,221.00 |
| | | Prudential Whole Life Insurance Policy on life of Richard Hank, Joan Hank? beneficiary | H | 9,539.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **52,156.00**
(Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Richard Hank,**
       **Joan Hank**                                                Case No. _____

_____,
                        Debtors

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Occidental Petroleum Corporation - 16 shares of stock** | J | 16,504.00 |
| | | **Prudential Financial Inc. - 39 shares of stock** | J | 3,513.00 |
| | | **13 shares of Home Depot Inc. stock** | H | 1,052.00 |
| | | **13 shares of Pepsico Inc. stock** | H | 1,161.00 |
| | | **13 shares of Procter & Gamble Co. stock** | H | 1,022.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | **201 shares of First Merit Bank Stock** | W | 1,188.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Rent Owed - (Shenese & Tenice Harvey) - 1945 Oak Park Ave., 2nd Fl., Berwyn, IL** | J | 11,070.00 |
| | | **Rent Owed - (Mashana Jefferson) - 1641 S. Wesley Ave., 2nd Fl., Berwyn, IL** | J | 7,500.00 |
| | | **Rent Owed - (Nicole Jefferson) - 1932 S. Euclid Ave., 2nd Floor, Berwyn, IL** | J | 3,000.00 |
| | | **Rent Owed - (Fran Bustamonte) - 3606 S. Clarence Ave., Berwyn, IL** | J | 4,995.00 |
| | | **Rent Owed - (Lashenna Lee) - 6434 W. 19th Street, 2nd Floor West, Berwyn, IL** | J | 4,550.00 |
| | | **Rent Owed - (Tamra Parker) - 1931 S. East Ave., 1st Floor, Berwyn, IL** | J | 3,650.00 |

Sub-Total >    **59,205.00**
(Total of this page)

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Richard Hank,**                               Case No. _____
           **Joan Hank**

                                  ,
                                Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Rent Owed - (Betsie Bellavia) - 1846 S. Oak Park Ave., Garden Apt., Berwyn, IL | J | 5,750.00 |
| | | Rent Owed - (Mattie Davis) - 4605 S. Grove Ave., 2nd Fl. North, Brookfield, IL | J | 1,790.00 |
| | | Rent Owed - (Lornel Runnels) - 4521 S. Maple Ave., 2nd Fl. North, Brookfield, IL | J | 1,375.00 |
| | | Rent Owed - (Nick Cascarano) - 1801 S. Kenilworth Ave., Garden Apt., Berwyn, IL | J | 3,940.00 |
| | | Rent Owed - (Ernesto Hidalgo) - 6529 W. 16th Street, Berwyn, IL | J | 160.00 |
| | | Rent Owed - (Ericka Adkinson) - 6432 W. 19th Street, 2nd Floor East, Berwyn, IL | J | 1,450.00 |
| | | Rent Owed - (Christine & Samantha Flores) - 4609 S. Grove Ave., 2nd Fl. South, Brookfield, IL | J | 704.12 |
| | | Rent Owed - (Latasha Williams) - 1845 S. Kenilworth, 1st Floor, Berwyn, IL | J | 900.00 |
| | | Rent Owed - (Ciera Spencer) - 1811 S. Kenilworth Ave., Garden Apt., Berwyn, IL | J | 1,270.00 |
| | | Rent Owed - (Eric & Jessica Garza) - 4529 S. Maple Ave., 2nd Fl. North, Brookfield, IL | J | 3,375.00 |
| | | Rent Owed - (Robert & Marisol Ross) 1803 S. Kenilworth Ave., 2nd Floor, Berwyn, IL | J | 2,260.00 |
| | | Rent Owed - (Deedee Saucedo) - 1926 S. Euclid Ave., 2nd Floor, Berwyn, IL | J | 3,380.00 |
| | | Rent Owed - (Shronda McDaniel) - 6432 W. 19th Street, 1st Floor, Berwyn, IL | J | 2,275.00 |
| | | Rent Owed - (Shemeka Purnell) - 1807 Gunderson, 1st Floor, Berwyn, IL | J | 1,930.00 |
| | | Rent Owed - (Pat & Taurus Howard) -2830 S. Harlem Ave., 1st Fl. South, Riverside, IL | J | 1,000.00 |
| | | Rent Owed - (Sophia Morris) - 2830 S. Harlem Ave., 3rd Floor, Riverside, IL | J | 2,910.00 |

                                              Sub-Total >         **34,469.12**
                                          (Total of this page)

Sheet  **3**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Richard Hank,**                                                          Case No. _____

        **Joan Hank**
_____ ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Rent Owed - (Ivory Phipps) - 8013 W. Edgewater Rd., 2nd Fl. North, North Riverside, IL** | **J** | **6,520.00** |
| | | **Rent Owed - (Miguel Maradey) - 4605 S. Grove Ave., Garden South, Brookfield, IL** | **J** | **1,300.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1984 Buick Le Sabre** | **J** | **1,000.00** |
| | | | Sub-Total > (Total of this page) | **8,820.00** |

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Richard Hank,**                                         Case No. _____

     **Joan Hank**

_____,

              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1992 Buick Road Master Wagon (100,000 miles)** | **J** | **1,000.00** |
| | | **1992 Buick LeSabre** | **J** | **2,500.00** |
| | | **1996 Buick Roadmaster (55,000 miles)** | **J** | **3,000.00** |
| | | **1996 Buick LaSabre** | **J** | **2,200.00** |
| | | **1996 Buick Roadmaster Wagon (33,000 miles)** | **J** | **3,000.00** |
| | | **1997 Lincoln Towncar (in Florida)** | **J** | **4,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **old desks, fax machine and phones, assorted office equip: approximately $500 to $1000** | **J** | **1,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **vacuum cleaners, light bulbs, shovels, brooms, air conditioners, cleaning supplies, misc. tools, electric lawn mowers - Torro, paint and paint brushes, tile** | **J** | **300.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  | **17,000.00** |
|---|---|---|
| | (Total of this page) | |
| | Total > | **249,208.12** |

Sheet __5__ of __5__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re   **Richard Hank,**                                          Case No. _____

   **Joan Hank**

_____,
                              Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Residence - Single Family Home** | **735 ILCS 5/12-901** | **30,000.00** | **900,000.00** |
| **1447 Ashland Avenue** | | | |
| **River Forest, IL 60305** | | | |

| | | Total: | **30,000.00** | **900,000.00** |
|---|---|---|---|---|

  __0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Richard Hank,**                             Case No. _____

          **Joan Hank,**

                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

     If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4926** <br><br> **ASC** <br> **PO Box 10388** <br> **Des Moines, IA 50306-0388** | | J | **2006** <br><br> **Mortgage** <br><br> **3- Flat** <br> **1822 S. Oak Park Ave.** <br> **Berwyn, IL 60402** | | | | | |
| | | | Value $        **220,000.00** | | | | **290,256.40** | **70,256.40** |
| Account No. **xxxxxx2318** <br><br> **ASC** <br> **PO Box 10388** <br> **Des Moines, IA 50306-0388** | | J | **2003** <br><br> **Mortgage** <br><br> **3-Flat** <br> **1834 S. Kenilworth** <br> **Berwyn, IL 60402** | | | | | |
| | | | Value $        **225,000.00** | | | | **287,613.02** | **62,613.02** |
| Account No. **xxxxxx2567** <br><br> **ASC** <br> **PO Box 10388** <br> **Des Moines, IA 50306-0388** | | J | **2004** <br><br> **Mortgage** <br><br> **3-Flat** <br> **1801 S. Kenilworth** <br> **Berwyn, IL 60402** | | | | | |
| | | | Value $        **240,000.00** | | | | **294,491.32** | **54,491.32** |
| Account No. **xxxxxx2566** <br><br> **ASC** <br> **PO Box 10388** <br> **Des Moines, IA 50306-0388** | | J | **2004** <br><br> **Mortgage** <br><br> **4-Flat** <br> **1811 S. Kenilworth** <br> **Berwyn, IL 60402** | | | | | |
| | | | Value $        **260,000.00** | | | | **303,026.47** | **43,026.47** |

  **28**    continuation sheets attached                        Subtotal                **1,175,387.21**         **230,387.21**

                                                   (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re    **Richard Hank,**
      **Joan Hank**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. xxxxxx8192<br><br>ASC<br>PO Box 10388<br>Des Moines, IA 50306-0388 | | | | J | 2005<br><br>Mortgage<br><br>Single Family Home<br>3755 Jungle Plum Drive East<br>Naples, FL 34114 | | | | | |
| | | | | | Value $      350,000.00 | | | | 335,483.00 | 0.00 |
| Account No. xxxxxx7520<br><br>ASC<br>PO Box 10388<br>Des Moines, IA 50306-0388 | | | | J | 2005<br><br>Mortgage<br><br>2-Flat<br>2131 Grove Ave.<br>Berwyn, IL 60402 | | | | | |
| | | | | | Value $      220,000.00 | | | | 323,666.59 | 103,666.59 |
| Account No. xxxxxx8983<br><br>ASC<br>PO Box 10388<br>Des Moines, IA 50306-0388 | | | | J | 2005<br><br>Mortgage<br><br>Condominium<br>1615 Winding Oaks Way, Unit 203<br>Naples, FL 34109 | | | | | |
| | | | | | Value $      375,000.00 | | | | 425,379.00 | 50,379.00 |
| Account No. xxxxxx2072<br><br>ASC<br>PO Box 10388<br>Des Moines, IA 50306-0388 | | | | J | 2005<br><br>Mortgage<br><br>3-Flat<br>1945 S. Oak Park Ave.<br>Berwyn, IL 60402 | | | | | |
| | | | | | Value $      270,000.00 | | | | 342,222.32 | 72,222.32 |
| Account No. xxxxxx7746<br><br>ASC<br>PO Box 10388<br>Des Moines, IA 50306-0388 | | | | J | 2005<br><br>Mortgage<br><br>Single Family Home<br>41 Forest Gate Circle<br>Oak Brook, IL 60523 | | | | | |
| | | | | | Value $   1,250,000.00 | | | | 929,074.89 | 0.00 |

Sheet  **1**  of  **28**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 2,355,825.80 | 226,267.91 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re   **Richard Hank,**
      **Joan Hank**

Case No. _____

_____,
               Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xx8025** | | | | | 2005 | | | | | |
| Bayview Loan Servicing 62516 Collection Center Drive Chicago, IL 60693-0625 | | | J | | First Mortgage<br><br>Single Family Home 3707 Jungle Plum Drive West Naples, FL 64114 | | | | | |
| | | | | | Value $      525,000.00 | | | | 615,516.00 | 90,516.00 |
| Account No. **xxxxxx/xx6683** | | | | | Notice Only | | | | | |
| Becker & Poliakoff Six Mile Corporate Park 12140 Carissa Commerce Ct., Ste 200 Fort Myers, FL 33966 | | | J | | Single Family Home 3707 Jungle Plum Drive West Naples, FL 64114 | | | | | |
| | | | | | Value $      525,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | Mortgage | | | | | |
| BNY Mellon c/o Pierce & Associates 1 N. Dearborn #1300 Chicago, IL 60602 | | | J | | For Notice purposes only, may have interest claims of BNY Mellon, JPMorgan Chase in foreclosure suit 14 CH 01473; propert at 1801 S. Kenilworth, Berwyn | | | | | |
| | | | | | Value $      Unknown | | | | Unknown | Unknown |
| Account No. | | | | | Notice Only | | | | | |
| Bond Schoeneck & King 4001 Tamiami Trail North Suite 250 Naples, FL 34103-3555 | | | J | | Condominium 12180 Toscana Way, Unit 203 Bonita Springs, FL 34135 | | | | | |
| | | | | | Value $      285,000.00 | | | | 0.00 | 0.00 |
| Account No. **xxxx1335** | | | | | 2005 | | | | | |
| Capital One Bank PO Box 1917 Merrifield, VA 22116-1917 | | | J | | Mortgage<br><br>6-Flat 4603 Grove Avenue Brookfield, IL 60513 | | | | | |
| | | | | | Value $      450,000.00 | | | | 280,000.00 | 0.00 |

Sheet  **2**  of  **28**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 895,516.00 | 90,516.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Richard Hank,**                                                                      Case No. _____
         **Joan Hank**

_____,
                                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx xxxxx5745**<br><br>**Capital One Bank**<br>**PO Box 1917**<br>**Merrifield, VA 22116-1917** | | J | Mortgage<br><br>**5-Flat**<br>**6648 W. 19th Street**<br>**Berwyn, IL 60402**<br><br>Value $    **350,000.00** | | | | **185,000.00** | **0.00** |
| Account No. **xx xxxxx5923**<br><br>**Capital One Bank**<br>**PO Box 1917**<br>**Merrifield, VA 22116-1917** | | J | Mortgage<br><br>**5-Flat**<br>**8013 Edgewater Road**<br>**North Riverside, IL 60546**<br><br>Value $    **350,000.00** | | | | **238,000.00** | **0.00** |
| Account No. **xxxxxx8869**<br><br>**Chase Home Finance**<br>**P.O. Box 9001871**<br>**Louisville, KY 40290-1871** | | J | 2007<br><br>Mortgage<br><br>**Single Family Home**<br>**8450 Gleneagle Way**<br>**Naples, FL 34120**<br>Value $    **555,000.00** | | | | **597,787.00** | **58,146.89** |
| Account No. **xxxxxx7000**<br><br>**Chase Home Finance**<br>**P.O. Box 9001008**<br>**Louisville, KY 40290-1008** | | J | 1988<br><br>Mortgage<br><br>**4-Flat**<br>**76 Kimbark Road**<br>**Riverside, IL 60546**<br>Value $    **350,000.00** | | | | **461,471.13** | **111,471.13** |
| Account No. **xxxxxx7275**<br><br>**Chase Home Finance**<br>**P.O. Box 9001871**<br>**Louisville, KY 40290-1871** | | J | 1992<br><br>Mortgage<br><br>**4-Flat**<br>**4529 Maple, Ave.**<br>**Brookfield, IL60513**<br>Value $    **375,000.00** | | | | **322,858.00** | **0.00** |

Sheet <u>3</u> of <u>28</u> continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)            **1,805,116.13**            **169,618.02**

B6D (Official Form 6D) (12/07) - Cont.

In re    **Richard Hank,**
      **Joan Hank**
,

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx7374** | | | 1978 | | | | | |
| Chase Home Finance P.O. Box 9001871 Louisville, KY 40290-1871 | | J | Mortgage 2- Flat 1931 East Avenue Berwyn, IL 60402 | | | | | |
| | | | Value $         225,000.00 | | | | 164,226.73 | 0.00 |
| Account No. **xxxxxx7843** | | | 2002 | | | | | |
| Chase Home Finance P.O. Box 9001871 Louisville, KY 40290-1871 | | J | Mortgage Single Family Home 6529 W. 16th Street Berwyn, IL 60402 | | | | | |
| | | | Value $          50,000.00 | | | | 3,600.00 | 0.00 |
| Account No. **xxxxxx9356** | | | 2005 | | | | | |
| Chase Home Finance P.O. Box 9001871 Louisville, KY 40290-1871 | | J | Mortgage 4-Flat 88 Kimbark Road Riverside, IL 60546 | | | | | |
| | | | Value $         350,000.00 | | | | 357,637.00 | 7,637.00 |
| Account No. **xxxxxx5081** | | | 2004 | | | | | |
| Chase Home Finance P.O. Box 9001871 Louisville, KY 40290-1871 | | J | Mortgage Single Family Home 1921 S. Clinton Berwyn, IL 60402 | | | | | |
| | | | Value $         230,000.00 | | | | 172,675.00 | 0.00 |
| Account No. **xxxxxx4018** | | | 2005 | | | | | |
| Chase Home Finance P.O. Box 9001871 Louisville, KY 40290-1871 | | J | Mortgage 3-Flat 2936 S. Harlem Ave. Riverside, IL 60546 | | | | | |
| | | | Value $         300,000.00 | | | | 373,286.85 | 73,286.85 |

Sheet __4__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 1,071,425.58 | 80,923.85 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Richard Hank,**
      **Joan Hank**

Case No. _____

_____,
               Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **xxxxxx7417** | | | | 2005 | | | | | |
| **Chase Home Finance** P.O. Box 9001871 Louisville, KY 40290-1871 | | J | | Mortgage 3-Flat 2904 S. Harlem Ave. Riverside, IL 60546 | | | | | |
| | | | | Value $        **0.00** | | | | 377,324.00 | 377,324.00 |
| Account No. **xxxxxx5414** | | | | 2006 | | | | | |
| **Chase Home Finance** P.O. Box 9001008 Louisville, KY 40290-1008 | | J | | Mortgage 4-Flat 3024 S. Harlem Ave. Riverside, IL 60546 | | | | | |
| | | | | Value $     **450,000.00** | | | | 439,401.48 | 0.00 |
| Account No. **xxxxxx6398** | | | | 2014 | | | | | |
| **Chase Home Finance** P.O. Box 9001008 Louisville, KY 40290-1008 | | J | | Mortgage 4-Flat 324 E. Burlington Street Riverside, IL 60546 | | | | | |
| | | | | Value $     **350,000.00** | | | | 378,911.14 | 28,911.14 |
| Account No. **xxxxxxx869-7** | | | | 2009 | | | | | |
| **CitiMortgage, Inc.** P.O. Box 183040 Columbus, OH 43218-3040 | | J | | Mortgage Condominium 12180 Toscana Way, Unit 203 Bonita Springs, FL 34135 | | | | | |
| | | | | Value $     **285,000.00** | | | | 210,000.00 | 0.00 |
| Account No. | | | | Mortgage | | | | | |
| **Codilis & Associates, PC** 15W030 N. Frontage Rd Suite 100 Burr Ridge, IL 60527 | | J | | For Notice purposes only, may have interest claims of BNY Mellon, JPMorgan Chase in foreclosure suit 13 CH 23071; property at 1811 S. Kenilworth, Berwyn | | | | | |
| | | | | Value $      **Unknown** | | | | Unknown | Unknown |

Sheet  **5**  of  **28**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

1,405,636.62     406,235.14

B6D (Official Form 6D) (12/07) - Cont.

In re   **Richard Hank,**                               Case No. _____
      **Joan Hank**
_____,
                              Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx8741** | | | Real Estate Taxes | | | | | |
| **Collier County Tax Collector** **3291 Tamiami Trail East** **Naples, FL 34112** | | J | **Single Family Home** **8450 Gleneagle Way** **Naples, FL 34120** | | | | | |
| | | | Value $         555,000.00 | | | | 5,888.57 | 5,888.57 |
| Account No. **xxxxxxx1806** | | | Real Estate Taxes | | | | | |
| **Collier County Tax Collector** **3291 Tamiami Trail East** **Naples, FL 34112-4997** | | J | **Condominium** **1615 Winding Oaks Way, Unit 203** **Naples, FL 34109** | | | | | |
| | | | Value $         375,000.00 | | | | 3,742.44 | 3,742.44 |
| Account No. **xxxxxxx0004** | | | Real Estate Taxes | | | | | |
| **Collier County Tax Collector** **3291 Tamiami Trail East** **Naples, FL 34112** | | J | **Condominium** **102 Teryl Road, Bldg 1, Unit 2,** **Naples, FL 34112** | | | | | |
| | | | Value $         100,000.00 | | | | 1,111.31 | 0.00 |
| Account No. **xxxxxxx3025** | | | Real Estate Taxes | | | | | |
| **Collier County Tax Collector** **3291 Tamiami Trail East** **Naples, FL 34112** | | J | **Single Family Home** **3755 Jungle Plum Drive East** **Naples, FL 34114** | | | | | |
| | | | Value $         350,000.00 | | | | 3,529.84 | 0.00 |
| Account No. **xxxxxxx2880** | | | Real Estate Taxes | | | | | |
| **Collier County Tax Collector** **3291 Tamiami Trail East** **Naples, FL 34112** | | J | **Single Family Home** **3707 Jungle Plum Drive West** **Naples, FL 64114** | | | | | |
| | | | Value $         525,000.00 | | | | 5,566.71 | 5,566.71 |

Sheet __6__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     19,838.87     15,197.72

B6D (Official Form 6D) (12/07) - Cont.

In re   **Richard Hank,**
       **Joan Hank**                                                    Case No. _____

_____ ,
                                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xx-xx-xxx-xxx-0000** | | | | 2014 Real Estate Taxes | | | | | |
| Cook County Treasurer 118 N. Clark Suite 112 Chicago, IL 60602 | | | J | 5-Flat 2926 S. Harlem Ave. Riverside, IL 60546 | | | | | |
| | | | | Value $         400,000.00 | | | | 11,183.44 | 0.00 |
| Account No. **xx-xx-xxx-xxx-0000** | | | | 2014 Real Estate Taxes | | | | | |
| Cook County Treasurer 118 N. Clark Suite 112 Chicago, IL 60602 | | | J | 4-Flat 2834 S. Harlem Ave. Riverside, IL 60546 | | | | | |
| | | | | Value $         350,000.00 | | | | 5,397.09 | 5,397.09 |
| Account No. **xx-xx-xxx-xxx-0000** | | | | Real Estate Taxes | | | | | |
| Cook County Treasurer 118 N. Clark Suite 112 Chicago, IL 60602 | | | J | 5-Flat 2930 S. Harlem Avenue Riverside, IL 60546 | | | | | |
| | | | | Value $         425,000.00 | | | | 71.85 | 0.00 |
| Account No. **xx-xx-xxx-xxx-0000** | | | | Real Estate Taxes | | | | | |
| Cook County Treasurer 118 N. Clark Suite 112 Chicago, IL 60602 | | | J | 7-Flat 2830 S. Harlem Ave. Riverside, IL 60546 | | | | | |
| | | | | Value $         450,000.00 | | | | 20,816.30 | 20,816.30 |
| Account No. **xx-xx-xxx-xxx-0000** | | | | Real Estate Taxes | | | | | |
| Cook County Treasurer 118 N. Clark Suite 112 Chicago, IL 60602 | | | J | 3-Flat 1819 S. Wesley Berwyn, IL 60402 | | | | | |
| | | | | Value $         215,000.00 | | | | 8,847.66 | 8,847.66 |

Sheet __7__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        46,316.34        35,061.05

B6D (Official Form 6D) (12/07) - Cont.

In re    **Richard Hank,**                                                         Case No. _____
       **Joan Hank**

_____,
                           Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer**<br>**118 N. Clark**<br>**Suite 112**<br>**Chicago, IL 60602** | | J | Real Estate Taxes<br><br>**3-Flat**<br>**3606 S. Clarence**<br>**Berwyn, IL 60402**<br><br>Value $           235,000.00 | | | | 10,412.70 | 10,412.70 |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer**<br>**118 N. Clark**<br>**Suite 112**<br>**Chicago, IL 60602** | | J | Real Estate Taxes<br><br>**3-Flat**<br>**1932 S. Euclid**<br>**Berwyn, IL 60402**<br><br>Value $           240,000.00 | | | | 10,233.07 | 10,233.07 |
| Account No. **xxx#xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer**<br>**118 N. Clark**<br>**Suite 112**<br>**Chicago, IL 60602** | | J | Real Estate Taxes<br><br>**3 Unit Building**<br>**1826 S. Euclid Avenue**<br>**Berwyn, IL 60402**<br><br>Value $           220,000.00 | | | | 13,893.18 | 13,893.18 |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer**<br>**118 N. Clark Street**<br>**Room 112**<br>**Chicago, IL 60602** | | J | 2014 Real Estate Taxes<br><br>**3-Flat**<br>**1945 S. Oak Park Ave.**<br>**Berwyn, IL 60402**<br><br>Value $           270,000.00 | | | | 7,508.30 | 7,508.30 |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer**<br>**118 N. Clark**<br>**Suite 112**<br>**Chicago, IL 60602** | | J | 2014 Real Estate Taxes<br><br>**4-Flat**<br>**4529 Maple, Ave.**<br>**Brookfield, IL60513**<br><br>Value $           375,000.00 | | | | 8,008.80 | 0.00 |

Sheet __8__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                         Subtotal | 50,056.05 | 42,047.25
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re **Richard Hank,**
**Joan Hank**
_____,
Debtors

Case No. _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **xx-xx-xxx-xxx-0000** | | | | 2014 Real Estate Taxes | | | | | |
| Cook County Treasurer 118 N. Clark Suite 112 Chicago, IL 60602 | | J | | 2- Flat 1931 East Avenue Berwyn, IL 60402 | | | | | |
| | | | | Value $               225,000.00 | | | | 4,483.70 | 0.00 |
| Account No. **xx-xx-xxx-xxx-0000** | | | | 2014 Real Estate Taxes | | | | | |
| Cook County Treasurer 118 N. Clark Suite 112 Chicago, IL 60602 | | J | | Single Family Home 6529 W. 16th Street Berwyn, IL 60402 | | | | | |
| | | | | Value $                 50,000.00 | | | | 2,860.50 | 0.00 |
| Account No. **xx-xx-xxx-xxx-0000** | | | | 2014 Real Estate Taxes | | | | | |
| Cook County Treasurer 118 N. Clark Suite 112 Chicago, IL 60602 | | J | | 4-Flat 3024 S. Harlem Ave. Riverside, IL 60546 | | | | | |
| | | | | Value $               450,000.00 | | | | 11,209.60 | 611.08 |
| Account No. **xx-xx-xxx-xxx-0000** | | | | 2014 Real Estate Taxes | | | | | |
| Cook County Treasurer 118 N. Clark Suite 112 Chicago, IL 60602 | | J | | 4-Flat 76 Kimbark Road Riverside, IL 60546 | | | | | |
| | | | | Value $               350,000.00 | | | | 7,902.10 | 7,902.10 |
| Account No. **xx-xx-xxx-xxx-0000** | | | | 2014 Real Estate Taxes | | | | | |
| Cook County Treasurer 118 N. Clark Suite 112 Chicago, IL 60602 | | J | | 4-Flat 324 E. Burlington Street Riverside, IL 60546 | | | | | |
| | | | | Value $               350,000.00 | | | | 10,563.31 | 10,563.31 |

Sheet __9__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 37,019.21 | 19,076.49 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Richard Hank,**
       **Joan Hank**
_____,
                                    Debtors

Case No. _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xxx-xxx-0000** | | | 2014 Real Estate Taxes | | | | | |
| Cook County Treasurer 118 N. Clark Suite 112 Chicago, IL 60602 | | J | 4-Flat 88 Kimbark Road Riverside, IL 60546 | | | | | |
| | | | Value $                350,000.00 | | | | 8,016.30 | 8,016.30 |
| Account No. **xx-xx-xxx-xxx-0000** | | | 2014 Real Estate Taxes | | | | | |
| Cook County Treasurer 118 N. Clark Suite 112 Chicago, IL 60602 | | J | Single Family Home 1921 S. Clinton Berwyn, IL 60402 | | | | | |
| | | | Value $                230,000.00 | | | | 4,228.40 | 0.00 |
| Account No. **xx-xx-xxx-xxx-0000** | | | 2014 Real Estate Taxes | | | | | |
| Cook County Treasurer 118 N. Clark Suite 112 Chicago, IL 60602 | | J | 3-Flat 2936 S. Harlem Ave. Riverside, IL 60546 | | | | | |
| | | | Value $                300,000.00 | | | | 10,183.52 | 10,183.52 |
| Account No. **xx-xx-xxx-xxx-0000** | | | 2014 Real Estate Taxes | | | | | |
| Cook County Treasurer 118 N. Clark Suite 112 Chicago, IL 60602 | | J | 3- Flat 1822 S. Oak Park Ave. Berwyn, IL 60402 | | | | | |
| | | | Value $                220,000.00 | | | | 7,475.40 | 7,475.40 |
| Account No. **xx-xx-xxx-xxx-0000** | | | 2014 Real Estate Taxes | | | | | |
| Cook County Treasurer 118 N. Clark Suite 112 Chicago, IL 60602 | | J | 3-Flat 1834 S. Kenilworth Berwyn, IL 60402 | | | | | |
| | | | Value $                225,000.00 | | | | 6,374.60 | 6,374.60 |

Sheet __10__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 36,278.22 | 32,049.82 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re   **Richard Hank,**
          **Joan Hank**

_____,
                                    Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer**<br>**118 N. Clark**<br>**Suite 112**<br>**Chicago, IL 60602** | | | | J | **2014 Real Estate Taxes**<br><br>**3-Flat**<br>**1801 S. Kenilworth**<br>**Berwyn, IL 60402** | | | | | |
| | | | | | Value $ **240,000.00** | | | | **6,156.61** | **6,156.61** |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer**<br>**118 N. Clark**<br>**Suite 112**<br>**Chicago, IL 60602** | | | | J | **2014 Real Estate Taxes**<br><br>**4-Flat**<br>**1811 S. Kenilworth**<br>**Berwyn, IL 60402** | | | | | |
| | | | | | Value $ **260,000.00** | | | | **6,443.04** | **6,443.04** |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer**<br>**118 N. Clark**<br>**Suite 112**<br>**Chicago, IL 60602** | | | | J | **2014 Real Estate Taxes**<br><br>**2-Flat**<br>**2131 Grove Ave.**<br>**Berwyn, IL 60402** | | | | | |
| | | | | | Value $ **220,000.00** | | | | **5,486.50** | **5,486.50** |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer**<br>**118 N. Clark**<br>**Suite 112**<br>**Chicago, IL 60602** | | | | J | **2014 Real Estate Taxes**<br><br>**6-Flat**<br>**4603 Grove Avenue**<br>**Brookfield, IL 60513** | | | | | |
| | | | | | Value $ **450,000.00** | | | | **Unknown** | **Unknown** |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer**<br>**118 N. Clark**<br>**Suite 112**<br>**Chicago, IL 60602** | | | | J | **2014 Real Estate Taxes**<br><br>**5-Flat**<br>**8013 Edgewater Road**<br>**North Riverside, IL 60546** | | | | | |
| | | | | | Value $ **350,000.00** | | | | **Unknown** | **Unknown** |

Sheet __11__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **18,086.15** | **18,086.15** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Richard Hank,**
      **Joan Hank**

Case No. _____

_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xx-xx-xxx-xxx-0000** | | | | | 2014 Real Estate Taxes | | | | | |
| Cook County Treasurer 118 N. Clark Suite 112 Chicago, IL 60602 | | | J | | 5-Flat 6648 W. 19th Street Berwyn, IL 60402 | | | | | |
| | | | | | Value $ 350,000.00 | | | | **Unknown** | **Unknown** |
| Account No. **xx-xx-xxx-xxx-0000** | | | | | 2014 Real Estate Taxes | | | | | |
| Cook County Treasurer 118 N. Clark Suite 112 Chicago, IL 60602 | | | J | | 6-Flat 6432-34 W. 19th Street Berwyn, IL 60402 | | | | | |
| | | | | | Value $ 375,000.00 | | | | 9,991.30 | 0.00 |
| Account No. **xx-xx-xxx-xxx-0000** | | | | | 2014 Real Estate Taxes | | | | | |
| Cook County Treasurer 118 N. Clark Suite 112 Chicago, IL 60602 | | | J | | 6-Flat 4605 S. Grove Street Brookfield, IL 60513 | | | | | |
| | | | | | Value $ 450,000.00 | | | | 8,818.09 | 0.00 |
| Account No. **xx-xx-xxx-xxx-0000** | | | | | 2014 Real Estate Taxes | | | | | |
| Cook County Treasurer 118 N. Clark Suite 112 Chicago, IL 60602 | | | J | | 6-Flat 2840 S. Harlem Ave. Riverside, IL 60546 | | | | | |
| | | | | | Value $ 450,000.00 | | | | 13,051.35 | 13,051.35 |
| Account No. **xx-xx-xxx-xxx-0000** | | | | | 2014 Real Estate Taxes | | | | | |
| Cook County Treasurer 118 N. Clark Suite 112 Chicago, IL 60602 | | | J | | 5-Flat 2922 S. Harlem Ave. Riverside, IL 60546 | | | | | |
| | | | | | Value $ 400,000.00 | | | | 11,544.48 | 3,195.07 |

Sheet __12__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 43,405.22 | 16,246.42 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re   **Richard Hank,**
      **Joan Hank**

Case No. _____

_____,
                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer**<br>**118 N. Clark**<br>**Suite 112**<br>**Chicago, IL 60602** | | | J | | 2014 Real Estate Taxes<br><br>4-Flat<br>4609 S. Grove<br>Brookfield, IL 60513 | | | | | |
| | | | | | Value $      **385,000.00** | | | | 8,912.38 | 0.00 |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer**<br>**118 N. Clark**<br>**Suite 112**<br>**Chicago, IL 60602** | | | J | | 2014 Real Estate Taxes<br><br>4-Flat<br>4529 Forest Avenue<br>Brookfield, IL 60513 | | | | | |
| | | | | | Value $      **375,000.00** | | | | 4,264.00 | 0.00 |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer**<br>**118 N. Clark**<br>**Suite 112**<br>**Chicago, IL 60602** | | | J | | 2014 Real Estate Taxes<br><br>3-Flat<br>1846 S. Oak Park Ave.<br>Berwyn, IL 60402 | | | | | |
| | | | | | Value $      **225,000.00** | | | | 5,955.73 | 2,921.73 |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer**<br>**118 N. Clark**<br>**Suite 112**<br>**Chicago, IL 60602** | | | J | | 2014 Real Estate Taxes<br><br>Residence - Single Family Home<br>1447 Ashland Avenue<br>River Forest, IL 60305 | | | | | |
| | | | | | Value $      **900,000.00** | | | | 17,729.30 | 0.00 |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer**<br>**118 N. Clark**<br>**Suite 112**<br>**Chicago, IL 60602** | | | J | | 2014 Real Estate Taxes<br><br>Residence - Single Family Home<br>1447 Ashland Avenue<br>River Forest, IL 60305 | | | | | |
| | | | | | Value $      **900,000.00** | | | | **Unknown** | **Unknown** |

Sheet __13__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 36,861.41 | 2,921.73 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Richard Hank,**
      **Joan Hank**

Case No. _____

,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xx-xx-xxx-xxx-0000** | | | | | 2014 Real Estate Taxes | | | | | |
| **Cook County Treasurer** **118 N. Clark** **Suite 112** **Chicago, IL 60602** | | | J | | 3-Flat **1619 S. Kenilworth** **Berwyn, IL 60402** | | | | | |
| | | | | | Value $                 225,000.00 | | | | 6,528.15 | 6,528.15 |
| Account No. **xx-xx-xxx-xxx-0000** | | | | | 2014 Real Estate Taxes | | | | | |
| **Cook County Treasurer** **118 N. Clark** **Suite 112** **Chicago, IL 60602** | | | J | | 3-Flat **1926 S. Euclid** **Berwyn, IL 60402** | | | | | |
| | | | | | Value $                 225,000.00 | | | | 5,933.62 | 5,933.62 |
| Account No. **xx-xx-xxx-xxx-0000** | | | | | 2014 Real Estate Taxes | | | | | |
| **Cook County Treasurer** **118 N. Clark** **Suite 112** **Chicago, IL 60602** | | | J | | 3-Flat **1803 S. Kenilworth** **Berwyn, IL 60402** | | | | | |
| | | | | | Value $                 220,000.00 | | | | 5,435.08 | 5,435.08 |
| Account No. **xx-xx-xxx-xxx-0000** | | | | | 2014 Real Estate Taxes | | | | | |
| **Cook County Treasurer** **118 N. Clark** **Suite 112** **Chicago, IL 60602** | | | J | | 3-Flat **1818 S. Kenilworth** **Berwyn, IL 60402** | | | | | |
| | | | | | Value $                 220,000.00 | | | | 6,198.15 | 6,198.15 |
| Account No. **xx-xx-xxx-xxx-0000** | | | | | 2014 Real Estate Taxes | | | | | |
| **Cook County Treasurer** **118 N. Clark** **Suite 112** **Chicago, IL 60602** | | | J | | 4-Flat **4521 Maple** **Brookfield, IL 60513** | | | | | |
| | | | | | Value $                 385,000.00 | | | | 8,405.83 | 8,405.83 |

Sheet __14__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 32,500.83 | 32,500.83 |
|---|---|

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re    **Richard Hank,**                                                     Case No. _____
     **Joan Hank**
_____ ,
                         Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xx-xx-xxx-xxx-0000** | | | | | 2014 Real Estate Taxes | | | | | |
| **Cook County Treasurer** **118 N. Clark** **Suite 112** **Chicago, IL 60602** | | | | J | 2-Flat **3314 East Avenue** **Berwyn, IL 60402** | | | | | |
| | | | | | Value $           **210,000.00** | | | | 6,612.18 | 6,612.18 |
| Account No. **xx-xx-xxx-xxx-0000** | | | | | 2014 Real Estate Taxes | | | | | |
| **Cook County Treasurer** **118 N. Clark** **Suite 112** **Chicago, IL 60602** | | | | J | 3-Flat **1845 S. Kenilworth** **Berwyn, IL 60402** | | | | | |
| | | | | | Value $           **220,000.00** | | | | 6,488.41 | 6,488.41 |
| Account No. **xx-xx-xxx-xxx-0000** | | | | | 2014 Real Estate Taxes | | | | | |
| **Cook County Treasurer** **118 N. Clark** **Suite 112** **Chicago, IL 60602** | | | | J | 3-Flat **1641 S. Wesley** **Berwyn, IL 60402** | | | | | |
| | | | | | Value $           **230,000.00** | | | | 5,548.93 | 5,548.93 |
| Account No. **xx-xx-xxx-xxx-0000** | | | | | 2014 Real Estate Taxes | | | | | |
| **Cook County Treasurer** **118 N. Clark** **Suite 112** **Chicago, IL 60602** | | | | J | 3-Flat **1807 S. Gunderson** **Berwyn, IL 60402** | | | | | |
| | | | | | Value $           **220,000.00** | | | | 6,259.12 | 6,259.12 |
| Account No. | | | | | Mortgage | | | | | |
| **Deutsche Bank Tte for Wamu Asset** **c/o Ryan Hart, Codilis & Associates** **15W030 N. Frontage Road, Suite 100** **Burr Ridge, IL 60527** | | | | J | Single Family Home **6529 W. 16th Street** **Berwyn, IL 60402** | | | | | |
| | | | | | Value $           **50,000.00** | | | | 0.00 | 0.00 |

Sheet __15__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                Subtotal
       (Total of this page)

| | |
|---|---|
| 24,908.64 | 24,908.64 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Richard Hank,**
   **Joan Hank**

Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx xx x1514** | | | **2006** | | | | | |
| **Deutsche Bank Tte for Wamu Asset c/o Codilis & Associates 15W030 N. Frontage Road, Suite 100 Burr Ridge, IL 60527** | | J | **Mortgage** **4-Flat 76 Kimbark Road Riverside, IL 60546** | | | | | |
| | | | Value $                **350,000.00** | | | | **456,000.00** | **456,000.00** |
| Account No. | | | Mortgage | | | | | |
| **Deutsche Bank, NA c/o Manley Deas Kochalski LLC 1 East Wacker Drive #1730 Chicago, IL 60601** | | J | **For notice purposes only, possible interest in claim of Deutsche Bank in foreclosure case no. 13 CH 28220 property at 2922 Harlem, Riverside, IL** | | | | | |
| | | | Value $                **Unknown** | | | | **0.00** | **Unknown** |
| Account No. | | | Mortgage | | | | | |
| **Deutsche Bank, NA c/o Manley Deas Kochalski LLC 1 East Wacker Drive #1730 Chicago, IL 60601** | | J | **For notice purposes only, possible interest in claim of Deutsche Bank in foreclosure case no. 13 CH 26311; property at 4609 S. Grove, Brookfield, IL property at 2922 Harlem, Riverside, IL** | | | | | |
| | | | Value $                **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | Mortgage | | | | | |
| **Deutsche Bank, NA c/o Manley Deas Kochalski LLC 1 East Wacker Drive #1730 Chicago, IL 60601** | | J | **For notice purposes only, possible interest in claim of Deutsche Bank in foreclosure case no. 13 CH 26161 property at 4529 Forest Avenue, Brookfield, IL** | | | | | |
| | | | Value $                **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | Mortgage | | | | | |
| **Deutsche Bank, NA c/o Codilis & Associates 15W030 North Frontage Road, Ste 100 Burr Ridge, IL 60527** | | J | **For notice purposes only, possible interest in claim of Deutsche Bank in foreclosure case no. 14 CH 02287 property at 1846 S. Oak Park Ave., Berwyn, IL** | | | | | |
| | | | Value $                **Unknown** | | | | **Unknown** | **Unknown** |

Sheet __16__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **456,000.00** | **456,000.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Richard Hank,**
      **Joan Hank**

Case No. _____

                                 **Debtors**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx#xx-xx-xx1-083**<br><br>**DuPage County Collector**<br>**P.O. Box 4203**<br>**Carol Stream, IL 60197-4203** | | J | **Real Estate Taxes**<br><br>**Single Family Home**<br>**41 Forest Gate Circle**<br>**Oak Brook, IL 60523**<br>Value $      **1,250,000.00** | | | | **10,948.56** | **0.00** |
| Account No. **xx xxxxx3655**<br><br>**Eastern Savings Bank**<br>**Executive Plaza 2**<br>**11350 McCormick Road, Suite 200**<br>**Hunt Valley, MD 21031** | | J | **2006**<br><br>**Mortgage**<br><br>**6-Flat**<br>**6432-34 W. 19th Street**<br>**Berwyn, IL 60402**<br>Value $      **375,000.00** | | | | **335,350.00** | **0.00** |
| Account No. **xx xxxxx9113**<br><br>**Eastern Savings Bank**<br>**Executive Plaza 2**<br>**11350 McCormick Road, Suite 200**<br>**Hunt Valley, MD 21031** | | J | **2005**<br><br>**Mortgage**<br><br>**6-Flat**<br>**4605 S. Grove Street**<br>**Brookfield, IL 60513**<br>Value $      **450,000.00** | | | | **428,035.00** | **0.00** |
| Account No. **xx xxxxxx1025**<br><br>**Eastern Savings Bank**<br>**Executive Plaza 2**<br>**11350 McCormick Road, Suite 200**<br>**Hunt Valley, MD 21031** | | J | **2004**<br><br>**Mortgage**<br><br>**7-Flat**<br>**2830 S. Harlem Ave.**<br>**Riverside, IL 60546**<br>Value $      **450,000.00** | | | | **577,167.02** | **127,167.02** |
| Account No. **xxxxxx1025**<br><br>**Eastern Savings Bank**<br>**Executive Plaza 2**<br>**11350 McCormick Road, Suite 200**<br>**Hunt Valley, MD 21031** | | J | **2004**<br><br>**Mortgage**<br><br>**4-Flat**<br>**2834 S. Harlem Ave.**<br>**Riverside, IL 60546**<br>Value $      **350,000.00** | | | | **577,167.02** | **227,167.02** |

Sheet **17** of **28** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**1,928,667.60**       **354,334.04**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Richard Hank,**
　　　 **Joan Hank**

Case No. _____

_____,
                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Mortgage | | | | | |
| **Eastern Savings Bank** **Executive Plaza 2** **11350 McCormick Road, Suite 200** **Hunt Valley, MD 21031** | | J | 6-Flat 2840 S. Harlem Ave. Riverside, IL 60546 | | | | | |
| | | | Value $           450,000.00 | | | | 577,167.02 | 127,167.02 |
| Account No. **xxxx7573** | | | Second Mortgage | | | | | |
| **Fay Servicing** **P.O. Box 220720** **Chicago, IL 60622** | | J | Single Family Home 3707 Jungle Plum Drive West Naples, FL 64114 | | | | | |
| | | | Value $           525,000.00 | | | | 40,651.63 | 40,651.63 |
| Account No. **xx0041** | | | HOA | | | | | |
| **Forest Gate Homeowners Assoc.** **c/o Oak & Dale Properties, Inc.** **211 W. Chicago Ave., Suite 10** **Hinsdale, IL 60521** | | J | Single Family Home 41 Forest Gate Circle Oak Brook, IL 60523 | | | | | |
| | | | Value $        1,250,000.00 | | | | 7,500.00 | 0.00 |
| Account No. **xx0015** | | | Single Family Home 3707 Jungle Plum Drive West Naples, FL 64114 | | | | | |
| **Forest Glen Golf & Country Club** **P.O. Box 11478** **Naples, FL 34101** | | J | | | | | | |
| | | | Value $           525,000.00 | | | | Unknown | Unknown |
| Account No. **xx0058** | | | HOA | | | | | |
| **Forest Glen Golf & Country Club** **P.O. Box 11478** **Naples, FL 34101** | | J | Single Family Home 3755 Jungle Plum Drive East Naples, FL 34114 | | | | | |
| | | | Value $           350,000.00 | | | | 7,500.00 | 0.00 |

Sheet _**18**_ of _**28**_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 632,818.65 | 167,818.65 |
|---|---|

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Richard Hank,**
      **Joan Hank**

Case No. _____

_____,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6105** | | | **2006** | | | | | |
| **Green Tree** PO Box 6172 Rapid City, SD 57709-6172 | | J | **Mortgage** **5-Flat** **2926 S. Harlem Ave.** **Riverside, IL 60546** | | | | | |
| | | | Value $ **400,000.00** | | | | **26,891.00** | **0.00** |
| Account No. **xxxxxx7010** | | | **3 Unit Building** **1826 S. Euclid Avenue** **Berwyn, IL 60402** | | | | | |
| **IndyMac Mortgage Services** **A Division of One West Bank** **PO Box 4045** **Kalamazoo, MI 49003-4045** | | J | | | | | | |
| | | | Value $ **220,000.00** | | | | **0.00** | **0.00** |
| Account No. | | | **Mortgage** | | | | | |
| **JPMorgan Chase Bank** **c/o Fisher Shapiro LLC** **2121 Waukegan #301** **Bannockburn, IL 60015** | | J | **For Notice Purposes Only, may have interest in claim of JPMorgan Chase Bank, Foreclosure case no. 13 CH 23666; property at 324 Burlington Riverside, IL** | | | | | |
| | | | Value $ **Unknown** | | | | **0.00** | **Unknown** |
| Account No. | | | **For Notice Purposes only, may have interest in claim of JPMorgan Chase, foreclosure case no. 13 CA 002950** | | | | | |
| **JPMorgan Chase Bank, NA** **c/o Kahane & Associates, PA** **8201 Peters Road, Suite 3000** **Plantation, FL 33324** | | J | **8450 Glen Eagle Way, Naples, FL** | | | | | |
| | | | Value $ **Unknown** | | | | **0.00** | **Unknown** |
| Account No. | | | **For Notice Purposes only, may have interest in claim of JPMorgan Chase foreclosure case no. 13 CH 23261 property at 3024 S. Harlem, Riverside, IL** | | | | | |
| **JPMorgan Chase Bank, NA** **c/o Burke Warren & Mackay** **330 N. Wabash 22nd Floor** **Chicago, IL 60611** | | J | | | | | | |
| | | | Value $ **Unknown** | | | | **0.00** | **Unknown** |

Sheet __19__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **26,891.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Richard Hank,**                                             Case No. _____
      **Joan Hank**
_____,
                         Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **xxxxxx xx55 01** | | | | | HOA | | | | | |
| Jungle Plum East 12734 Kenwood Lane, Suite 25 Fort Myers, FL 33907-5639 | | | J | | Single Family Home 3755 Jungle Plum Drive East Naples, FL 34114 | | | | | |
| | | | | | Value $      350,000.00 | | | | 0.00 | 0.00 |
| Account No. **xx3707** | | | | | HOA | | | | | |
| Jungle Plum West c/o Cambridge Management SWFL 2335 Tamiami Tr No. Ste #402 Naples, FL 34103 | | | J | | Single Family Home 3707 Jungle Plum Drive West Naples, FL 64114 | | | | | |
| | | | | | Value $      525,000.00 | | | | 6,000.00 | 6,000.00 |
| Account No. **xxxxxx6995** | | | | | 2003 | | | | | |
| Nationstar Mortgage PO Box 650783 Dallas, TX 75265-0783 | | | J | | Mortgage 3-Flat 1846 S. Oak Park Ave. Berwyn, IL 60402 | | | | | |
| | | | | | Value $      225,000.00 | | | | 221,966.00 | 0.00 |
| Account No. **xxxxxx8908** | | | | | 2003 | | | | | |
| Nationstar Mortgage P.O. Box 650783 Dallas, TX 75265 | | | J | | Mortgage 5-Flat 2930 S. Harlem Avenue Riverside, IL 60546 | | | | | |
| | | | | | Value $      425,000.00 | | | | 170,855.00 | 0.00 |
| Account No. **xxxxxx3500** | | | | | 2005 | | | | | |
| Ocwen Loan Servicing LLC P.O. Box 24738 West Palm Beach, FL 33416-4738 | | | J | | Mortgage 3-Flat 1932 S. Euclid Berwyn, IL 60402 | | | | | |
| | | | | | Value $      240,000.00 | | | | 334,173.00 | 94,173.00 |

Sheet __20__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                   Subtotal         732,994.00      100,173.00
       (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Richard Hank,**
          **Joan Hank**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3534** <br><br> **Ocwen Loan Servicing LLC** <br> **P.O. Box 24738** <br> **West Palm Beach, FL 33416-4738** | | J | 2005 <br><br> Mortgage <br><br> 3-Flat <br> **3606 S. Clarence** <br> **Berwyn, IL 60402** <br><br> Value $                235,000.00 | | | | 329,865.00 | 94,865.00 |
| Account No. **xxxxxx3542** <br><br> **Ocwen Loan Servicing LLC** <br> **P.O. Box 24738** <br> **West Palm Beach, FL 33416-4738** | | J | 2005 <br><br> Mortgage <br><br> 3-Flat <br> **1819 S. Wesley** <br> **Berwyn, IL 60402** <br><br> Value $                215,000.00 | | | | 312,376.00 | 97,376.00 |
| Account No. **xxxxxx1010** <br><br> **Ocwen Loan Servicing LLC** <br> **P.O. Box 24738** <br> **West Palm Beach, FL 33416-4738** | | J | 2004 <br><br> Mortgage <br><br> 4-Flat <br> **4609 S. Grove** <br> **Brookfield, IL 60513** <br><br> Value $                385,000.00 | | | | 356,835.90 | 0.00 |
| Account No. **xxxxxx9592** <br><br> **Ocwen Loan Servicing LLC** <br> **P.O. Box 24738** <br> **West Palm Beach, FL 33416-4738** | | J | 2006 <br><br> Mortgage <br><br> 5-Flat <br> **2926 S. Harlem Ave.** <br> **Riverside, IL 60546** <br><br> Value $                400,000.00 | | | | 345,073.48 | 0.00 |
| Account No. <br><br> **Ocwen Loan Servicing LLC** <br> **P.O. Box 24737** <br> **West Palm Beach, FL 33416-4737** | | J | 2nd Mortgage <br><br> 4-Flat <br> **324 E. Burlington Street** <br> **Riverside, IL 60546** <br><br> Value $                350,000.00 | | | | 49,620.00 | 49,620.00 |

Sheet __21__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 1,393,770.38 | 241,861.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Richard Hank,**                                                    Case No. _____
           **Joan Hank**

_____,
                                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxx2775** | | | | | Mortgage | | | | | |
| **Ocwen Loan Servicing LLC** P.O. Box 24738 West Palm Beach, FL 33416-4738 | | | J | | 3 Unit Building 1826 S. Euclid Avenue Berwyn, IL 60402 | | | | | |
| | | | | | Value $          220,000.00 | | | | 287,893.87 | 67,893.87 |
| Account No. **xxxxxx7417** | | | | | 2004 | | | | | |
| **Ocwen Loan Servicing LLC** P.O. Box 24738 West Palm Beach, FL 33416-4738 | | | J | | Mortgage 5-Flat 2922 S. Harlem Ave. Riverside, IL 60546 | | | | | |
| | | | | | Value $          400,000.00 | | | | 391,650.59 | 0.00 |
| Account No. **xxxxxx1009** | | | | | 2004 | | | | | |
| **Ocwen Loan Servicing LLC** P.O. Box 24738 West Palm Beach, FL 33416-4738 | | | J | | Mortgage 4-Flat 4529 Forest Avenue Brookfield, IL 60513 | | | | | |
| | | | | | Value $          375,000.00 | | | | 362,421.74 | 0.00 |
| Account No. **xxxx4.001** | | | | | Notice Only | | | | | |
| **Pavese Law Firm** P.O. Box 1565 Fort Myers, FL 33902-1565 | | | J | | Single Family Home 3755 Jungle Plum Drive East Naples, FL 34114 | | | | | |
| | | | | | Value $          350,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | Notice Only | | | | | |
| **Roetzel** 850 Park Shore Drive Trianon Centre - Third Floor Naples, FL 34103 | | | J | | Condominium 1615 Winding Oaks Way, Unit 203 Naples, FL 34109 | | | | | |
| | | | | | Value $          375,000.00 | | | | 0.00 | 0.00 |

Sheet  __22__  of __28__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| Subtotal (Total of this page) | 1,041,966.20 | 67,893.87 |
|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    **Richard Hank,**
      **Joan Hank**

Case No. _____

                                           ,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **x3-300** | | | | | **Notice Only** | | | | | |
| **Samouce & Gal, P.A.** **5405 Park Central Court** **Naples, FL 34109** | | | | J | **Single Family Home** **8450 Gleneagle Way** **Naples, FL 34120** | | | | | |
| | | | | | Value $      **555,000.00** | | | | **0.00** | **0.00** |
| Account No. **xxxxxx0659** | | | | | **2005** | | | | | |
| **Select Portfolio Servicing, Inc.** **PO Box 65250** **Salt Lake City, UT 84165-0250** | | | | J | **Mortgage** **3-Flat** **1641 S. Wesley** **Berwyn, IL 60402** | | | | | |
| | | | | | Value $      **230,000.00** | | | | **293,913.17** | **63,913.17** |
| Account No. **xxxxxx5389** | | | | | **2005** | | | | | |
| **Select Portfolio Servicing, Inc.** **PO Box 65250** **Salt Lake City, UT 84165-0250** | | | | J | **Mortgage** **3-Flat** **1619 S. Kenilworth** **Berwyn, IL 60402** | | | | | |
| | | | | | Value $      **225,000.00** | | | | **312,349.00** | **87,349.00** |
| Account No. **xxxxxx5371** | | | | | **2004** | | | | | |
| **Select Portfolio Servicing, Inc.** **PO Box 65250** **Salt Lake City, UT 84165-0250** | | | | J | **Mortgage** **3-Flat** **1803 S. Kenilworth** **Berwyn, IL 60402** | | | | | |
| | | | | | Value $      **220,000.00** | | | | **312,265.00** | **92,265.00** |
| Account No. **xxxxxx0453** | | | | | **2003** | | | | | |
| **Select Portfolio Servicing, Inc.** **PO Box 65250** **Salt Lake City, UT 84165-0250** | | | | J | **Mortgage** **3-Flat** **1926 S. Euclid** **Berwyn, IL 60402** | | | | | |
| | | | | | Value $      **225,000.00** | | | | **312,160.00** | **87,160.00** |

Sheet __23__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **1,230,687.17** | **330,687.17** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Richard Hank,**  
    **Joan Hank**

Case No. _____

_____ ,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. xxxxxx3978 <br><br>**Select Portfolio Servicing, Inc.** <br>**PO Box 65250** <br>**Salt Lake City, UT 84165-0250** | | | | J | 2005 <br><br> Mortgage <br><br> 3-Flat <br>**1818 S. Kenilworth** <br>**Berwyn, IL 60402** <br> Value $   **220,000.00** | | | | **313,460.00** | **93,460.00** |
| Account No. xxxxxx8655 <br><br>**Select Portfolio Servicing, Inc.** <br>**PO Box 65250** <br>**Salt Lake City, UT 84165-0250** | | | | J | 2006 <br><br> Mortgage <br><br> 4-Flat <br>**4521 Maple** <br>**Brookfield, IL 60513** <br> Value $   **385,000.00** | | | | **464,068.00** | **79,068.00** |
| Account No. xxxxxx8796 <br><br>**Select Portfolio Servicing, Inc.** <br>**PO Box 65250** <br>**Salt Lake City, UT 84165-0250** | | | | J | 2004 <br><br> Mortgage <br><br> 2-Flat <br>**3314 East Avenue** <br>**Berwyn, IL 60402** <br> Value $   **210,000.00** | | | | **218,203.00** | **8,203.00** |
| Account No. xxxxxx0301 <br><br>**Select Portfolio Servicing, Inc.** <br>**PO Box 65250** <br>**Salt Lake City, UT 84165-0250** | | | | J | 2005 <br><br> Mortgage <br><br> 3-Flat <br>**1845 S. Kenilworth** <br>**Berwyn, IL 60402** <br> Value $   **220,000.00** | | | | **306,576.00** | **86,576.00** |
| Account No. xxxxxx0667 <br><br>**Select Portfolio Servicing, Inc.** <br>**PO Box 65250** <br>**Salt Lake City, UT 84165-0250** | | | | J | 2005 <br><br> Mortgage <br><br> 3-Flat <br>**1807 S. Gunderson** <br>**Berwyn, IL 60402** <br> Value $   **220,000.00** | | | | **318,532.00** | **98,532.00** |

Sheet __24__ of __28__ continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

Subtotal  
(Total of this page)    **1,620,839.00**    **365,839.00**

B6D (Official Form 6D) (12/07) - Cont.

In re   **Richard Hank,**
      **Joan Hank**

Case No. _____

_____,
             Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxx1433** | | | | | **2005** | | | | | |
| **Specialized Loan Servicing LLC** PO Box 105219 Atlanta, GA 30348-5219 | | | J | | **Mortgage** **Single Family Home** **41 Forest Gate Circle** **Oak Brook, IL 60523** | | | | | |
| | | | | | Value $     **1,250,000.00** | | | | **195,905.00** | **0.00** |
| Account No. **x8411** | | | | | **HOA** | | | | | |
| **Stonebridge Country Club** 2116 Winding Oaks Way Naples, FL 34109 | | | J | | **Condominium** **1615 Winding Oaks Way, Unit 203** **Naples, FL 34109** | | | | | |
| | | | | | Value $     **375,000.00** | | | | **10,000.00** | **10,000.00** |
| Account No. | | | | | **HOA** | | | | | |
| **Toscana I** c/o Resort Management 2685 Horseshoe Dr. S #215 Naples, FL 34104 | | | J | | **Condominium** **12180 Toscana Way, Unit 203** **Bonita Springs, FL 34135** | | | | | |
| | | | | | Value $     **285,000.00** | | | | **10,579.00** | **0.00** |
| Account No. | | | | | For Notice Purposes only, may have interest in claim of US Bank in Foreclosure case no. 14 CH00397 property at 1834 S. Kenilworth, Berwyn | | | | | |
| **U.S. Bank** c/o Codilis & Associates 15W030 North Frontage Rd Suite 100 Burr Ridge, IL 60527 | | | J | | | | | | | |
| | | | | | Value $     **Unknown** | | | | **0.00** | **Unknown** |
| Account No. | | | | | **Mortgage** | | | | | |
| **U.S. Bank** c/o Heavner Scott, Beyers & Mihlar PO Box 740 Decatur, IL 62523 | | | J | | For Notice Purposes only, may have interest in claim of US Bank in foreclosure case no. 13 CH 22836 re: 1641 S. Wesley Berwyn, IL | | | | | |
| | | | | | Value $     **Unknown** | | | | **0.00** | **Unknown** |

Sheet __25__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **216,484.00** | **10,000.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Richard Hank,**
      **Joan Hank**

Case No. _____

_____,
                      Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **U.S. Bank** <br> **c/o Shapiro, Fishman & Gache, LLP** <br> **2424 North Federal Hwy Suite 360** <br> **Boca Raton, FL 33431** | | J | For Notice Purposes only, may have interest in claim of US Bank in foreclosure suit 14 CA 01023; property at 1615 Winding Oaks,Unit 203, Naples, FL <br><br> Value $       **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **U.S. Bank** <br> **c/o Pierce & Associates** <br> **1 N. Dearborn #1300** <br> **Chicago, IL 60602** | | J | For Notice Purposes only, may have interest in claim of US Bank in Foreclosure case no. 14 CH 00432 property at 1945 S. Oak Park Ave., Berwyn <br><br> Value $       **Unknown** | | | | **0.00** | **Unknown** |
| Account No. <br><br> **U.S. Bank NA** <br> **c/o Codilis & Associates** <br> **15W030 N. Frontage Road, Suite 100** <br> **Burr Ridge, IL 60527** | | J | Mortgage <br><br> For Notice Purposes Only, may have interest in claim of US Bank, foreclosure case no. 13 CH 22696; property at 1807 Gunderson Ave., Berwyn, IL <br><br> Value $       **Unknown** | | | | **0.00** | **Unknown** |
| Account No. <br><br> **U.S. Bank NA** <br> **c/o Codilis & Associates** <br> **15W030 N. Frontage Road, Suite 100** <br> **Burr Ridge, IL 60527** | | J | 2005 <br> Mortgage <br><br> For Notice Purposes Only, may have interest in claim of US Bank, foreclosure case no. 13 CH 22635; property at 2936 S. Harlem Ave., Riverside, IL <br><br> Value $       **Unknown** | | | | **0.00** | **Unknown** |
| Account No. <br><br> **US BANK, NA** <br> **c/o Codilis & Associates, PC** <br> **15W030 North Frontage Rd, Suite 100** <br> **Burr Ridge, IL 60527** | | J | For Notice Purposes only, may have interest in claim of US Bank in foreclosure case no. 13 CH 28334 property at 1822 S. Oak Park, Berwyn <br><br> Value $       **Unknown** | | | | **0.00** | **Unknown** |

Sheet _26_ of _28_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Richard Hank,**
    **Joan Hank**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J c | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**US BANK, NA** <br>**c/o Codilis & Associates, PC** <br>**15W030 North Frontage Rd, Suite 100** <br>**Burr Ridge, IL 60527** | | J | For Notice Purposes Only, may have interest in claim of US Bank in foreclosure case no. 13 CH 28165 property at 2131 Grove Ave., Berwyn <br><br> Value $      **Unknown** | | | | 0.00 | Unknown |
| Account No. <br><br>**US BANK, NA** <br>**c/o Codilis & Associates, PC** <br>**15W030 North Frontage Rd, Suite 100** <br>**Burr Ridge, IL 60527** | | J | For Notice Purposes Only, may have interest in claim of US Bank in foreclosure case no. 13 CH 24340 property at 2904 S. Harlem, Riverside, IL <br><br> Value $      **Unknown** | | | | 0.00 | Unknown |
| Account No. <br><br>**US Bank, NA** <br>**Pierce & Associates** <br>**1 N. Dearborn St., Suite 1300** <br>**Chicago, IL 60602** | | J | Mortgage <br>For Notice Purposes only, may have interest in claim of US Bank in Foreclosure case no. 13 CH 003259; DuPage Cty <br>property at 41 Forest Gate Circle <br>Oak Brook, IL <br> Value $      **Unknown** | | | | 0.00 | Unknown |
| Account No. **1069** <br><br>**Vanderbilt Country Club** <br>**8250 Danbury Blvd.** <br>**Naples, FL 34120** | | J | HOA <br><br>**Single Family Home** <br>**8450 Gleneagle Way** <br>**Naples, FL 34120** <br><br> Value $      **555,000.00** | | | | 15,359.89 | 0.00 |
| Account No. **1070** <br><br>**Vasari Country Club** <br>**11250 Via De Vasari Drive** <br>**Bonita Springs, FL 34135-6970** | | J | HOA <br><br>**Condominium** <br>**12180 Toscana Way, Unit 203** <br>**Bonita Springs, FL 34135** <br><br> Value $      **285,000.00** | | | | 9,940.40 | 0.00 |

Sheet __27__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 25,300.29 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Richard Hank,**
    **Joan Hank**
                                               ,
                              Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5609** | | | **2004** | | | | | |
| **Wells Fargo Home Mortgage** P.O. Box 105693 Atlanta, GA 30348-5693 | | J | **Mortgage** **Residence - Single Family Home** **1447 Ashland Avenue** **River Forest, IL 60305** | | | | | |
| | | | Value $      **900,000.00** | | | | **190,200.41** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __**28**__ of __**28**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 190,200.41 | 0.00 |
| Total (Report on Summary of Schedules) | 18,550,796.98 | 3,536,650.96 |

B6E (Official Form 6E) (4/13)

.

In re    **Richard Hank,**                                    Case No. _____
        **Joan Hank**

_____ ,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                              **0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Richard Hank,**
    **Joan Hank**

Case No. _____

_____,
                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-9176**<br><br>**AAA Financial Services**<br>**P.O. Box 982235**<br>**Dallas, TX 75285-1001** | | J | Notice Only | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-9176**<br><br>**AAA Master Card Plat Plus**<br>**AAA Financial Services**<br>**P.O. Box 851001**<br>**Dallas, TX 75285** | | J | | | | | 27,670.08 |
| Account No. **xxxx-xxxxxx-x2008**<br><br>**American Express Green Card**<br>**P.O. Box 0001**<br>**Los Angeles, CA 90096-8000** | | H | | | | | 0.00 |
| Account No. **xxxx-xxxxxx-x2008**<br><br>**American Express Green Card**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | | H | Notice Only | | | | 0.00 |

__8__ continuation sheets attached

Subtotal
(Total of this page)      **27,670.08**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Richard Hank,**
         **Joan Hank**

Case No. _____

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxxx-x2009** | | | | | | | |
| **American Express OPTIMA Card** **American Express** **P.O. Box 981535** **El Paso, TX 79998-1535** | | H | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | 25,476.82 |
| Account No. **xxxx-xxxxxx-x2009** | | | Notice Only | | | | |
| **American Express OPTIMA Card** **American Express** **P.O. Box 0001** **Los Angeles, CA 90096-8000** | | H | | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-4656** | | | Notice Only | | | | |
| **AT&T Universal Card** **Processing Center** **Des Moines, IA 50363-0005** | | H | | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-4656** | | | | | | | |
| **AT&T Universal Card Platinum** **P.O. Box 6500** **Sioux Falls, SD 57117-6500** | | H | | | | | 9,354.47 |
| Account No. **xxxx-xxxx-xxxx-8500** | | | | | | | |
| **Bank of America** **P.O. Box 851001** **Dallas, TX 75285-1001** | | W | | | | | 18,488.47 |

Sheet no. __1__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,319.76

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Hank,**
**Joan Hank**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-8500** <br><br> **Bank of America World Master Card** <br> **Bank of America** <br> **P.O. Box 982235** <br> **El Paso, TX 79998-2235** | | W | Notice Only | | | | **0.00** |
| Account No. <br><br> **BJ Hank Trust 1** <br> **c/o First Merit Bank** <br> **p.o. Box 3548** <br> **Akron, OH 44309-3548** | | J | Loan | | | | **415,000.00** |
| Account No. **xxxx-xxxx-xxxx-0713** <br><br> **Capital One** <br> **P.O. Box 6492** <br> **Carol Stream, IL 60197** | | W | | | | | **2,693.07** |
| Account No. **xxxx-xxxx-xxxx-0713** <br><br> **Capital One** <br> **P.O. Box 30285** <br> **Salt Lake City, UT 84130-0285** | | W | Notice Only | | | | **0.00** |
| Account No. **xxxx-xxxx-xxxx-9162** <br><br> **Chase Card Services** <br> **P.O. Box 15298** <br> **Wilmington, DE 19886** | | W | | | | | **15,475.95** |

Sheet no. __**2**__ of __**8**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**433,169.02**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Hank,**
      **Joan Hank**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-9162**<br><br>**Chase Cardmember Services**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | | W | Notice Only | | | | **0.00** |
| Account No. **xxxx-xxxx-xxxx-7440**<br><br>**Chase Elite MasterCard**<br>**Chase Cardmember Services**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** | | W | | | | | **10,226.04** |
| Account No. **xxxx-xxxx-xxxx-5053**<br><br>**Chase Slate Master Card**<br>**Chase Card Services**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** | | W | | | | | **4,830.41** |
| Account No. **xxxx-xxxx-xxxx-5053**<br><br>**Chase Slate Master Card**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | | W | Notice Only | | | | **0.00** |
| Account No. **xxxx-xxxx-xxxx-7453**<br><br>**Chase United Mileage Plus**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | | H | | | | | **13,566.05** |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**28,622.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Richard Hank,**
         **Joan Hank**
_____,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-7453** | | | Notice Only | | | | |
| **Chase United Mileage Plus Cardmember Services P.O. Box 15153 Wilmington, DE 19886** | | H | | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-1174** | | | | | | | |
| **Chase Visa P.O. Box 15298 Wilmington, DE 19850-5298** | | H | | | | | 13,978.21 |
| Account No. **xxxx-xxxx-xxxx-1174** | | | Notice Only | | | | |
| **Chase Visa Cardmember Services P.O. Box 15153 Wilmington, DE 19886-5153** | | H | | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-7910** | | | | | | | |
| **Citi Drivers Edge P.O. Box 6500 Sioux Falls, SD 57117** | | H | | | | | 22,632.91 |
| Account No. **xxxx-xxxx-xxxx-7910** | | | Notice Only | | | | |
| **Citi Drivers Edge CitiCards Processing Center Des Moines, IA 50363** | | H | | | | | 0.00 |

Sheet no. __4___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,611.12

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Hank,**
    **Joan Hank**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0218** | | | | | | | |
| **Citi Drivers Edge Master Card** **P.O. Box 6500** **Sioux Falls, SD 57117** | | W | | | | | 7,717.38 |
| Account No. **xxxx-xxxx-xxxx-0218** | | | Notice Only | | | | |
| **Citi Drivers Edge Master Card** **CitiCards Processing Center** **Des Moines, IA 50363-0005** | | W | | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-9376** | | | | | | | |
| **Citi Gold AAdvantage Elite Master** **CitiCards Processing Center** **P.O. Box 6500** **Sioux Falls, SD 57117** | | W | | | | | 45,072.44 |
| Account No. **xxxx-xxxx-xxxx-3531** | | | | | | | |
| **Citi Gold AAdvantage Master Card** **CitiCards** **P.O. Box 6004** **Sioux Falls, SD 57117-6004** | | H | | | | | 43,763.75 |
| Account No. **xxxx-xxxx-xxxx-3531** | | | Notice Only | | | | |
| **Citi Gold AAdvantage Master Card** **CitiCards Processing Center** **Des Moines, IA 50363-0005** | | H | | | | | 0.00 |

Sheet no. __5__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

96,553.57

B6F (Official Form 6F) (12/07) - Cont.

In re **Richard Hank,**                             Case No. _____
        **Joan Hank**

_____,
                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-9376** | | | | Notice Only | | | | |
| **CitiCards Processing Center Des Moines, IA 50363-0005** | W | | | | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-1350** | | | | | | | | |
| **Discover Card P.O. Box 30943 Salt Lake City, UT 84130** | H | | | | | | | 12,478.09 |
| Account No. **xxxx-xxxx-xxxx-1350** | | | | Notice Only | | | | |
| **Discover Card P.O. Box 6103 Carol Stream, IL 60197-6103** | H | | | | | | | 0.00 |
| Account No. **xx-xxxx-xx-xx1033** | | | | Notice Only | | | | |
| **Douglas C. Zahm, P.A. 12425 28TH Street North Suite 200 Saint Petersburg, FL 33716** | J | | | | | | | 0.00 |
| Account No. | | | | Attorneys fees | | | | |
| **Goedert, Huntington & DeBoer 1200 Harger Road Suite 830 Oak Brook, IL 60523** | J | | | | | | | 32,308.84 |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal             | **44,786.93**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Hank,**
       **Joan Hank**
_____,
                          Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-4174** | | | **Notice Only** | | | | |
| **Merrick Bank** **P.O. Box 9201** **Old Bethpage, NY 11804** | | W | | | | | **0.00** |
| Account No. **xxxx-xxxx-xxxx-4174** | | | | | | | |
| **Merrick Bank Master Card** **Marrick Bank** **P.O. Box 30537** **Tampa, FL 33630** | | W | | | | | **11,176.14** |
| Account No. | | | **Attorney Fees** | | | | |
| **Robert Clark & Associates** **111 N. Wheaton Avenue** **Unit 408** **Wheaton, IL 60187** | | J | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-7948** | | | | | | | |
| **United Mileage Plus Visa** **Chase Card Services** **P.O. Box 15153** **Wilmington, DE 19886** | | W | | | | | **14,707.28** |
| Account No. **xxxx-xxxx-xxxx-0742** | | | **Notice Only** | | | | |
| **US Bank** **Cardmember Services** **P.O. Box 6335** **Fargo, ND 58125-6335** | | W | | | | | **0.00** |

Sheet no. **7** of **8** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25,883.42**

B6F (Official Form 6F) (12/07) - Cont.

In re **Richard Hank,**                       Case No. _____
      **Joan Hank**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-0742** | | | | | | | | |
| **US Bank Platinum Visa** **P.O. Box 790408** **Saint Louis, MO 63179** | | J | | | | | | 21,333.40 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| Sheet no. __8__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 21,333.40 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 767,949.80 |

B6G (Official Form 6G) (12/07)

.

In re    **Richard Hank,**                                                    Case No. _____

       **Joan Hank**

_____,

                              Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Adam Such**<br>**1834 S. Kenilworth Ave.**<br>**Garden Apt.**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Alma Castillo**<br>**2840 S. Harlem Ave.**<br>**2nd Floor North**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Alma Tijerina**<br>**324 E. Burlington Ave.**<br>**2nd Floor**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Amador & Katherine Crespo**<br>**Dorthy Scalfano**<br>**4603 S. Grove Ave., 1st Fl. North**<br>**Brookfield, IL 60513** | **Apartment Lease** |
| **Ana Acosta**<br>**Gerardo Hernandez**<br>**8013 W. Edgewater Rd., Garden Apt.**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Angie & Sandee Medor**<br>**4609 S. Grove Ave.**<br>**1st Floor South**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Anne Amato**<br>**2830 S. Harlem Ave.**<br>**2nd Floor**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Arlene Collier**<br>**1845 S. Kenilworth Ave.**<br>**2nd Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Bernie Gorski**<br>**3606 S. Clarence Ave.**<br>**1st Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |

**11**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **Richard Hank,**                                      Case No. _____

     **Joan Hank**

_____,

                  Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Betsie Bellavia**<br>**1846 S. Oak Park Ave.**<br>**Garden Apt.**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Betsy Gavger**<br>**2926 S. Harlem Ave.**<br>**1st Floor**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Betty Price**<br>**1811 S. Kenilworth Ave.**<br>**1st Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Bill Wendt**<br>**1834 S. Kenilworth Ave.**<br>**1st Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Bob Monteno**<br>**6648 W. 19th Street**<br>**2nd Fl. West**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Brittany Mihotz**<br>**4529 S. Maple Ave.**<br>**1st Floor South**<br>**Brookfield, IL 60513** | **Apartment Lease** |
| **Carlos Calle**<br>**1834 S. Kenilworth Ave.**<br>**2nd Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Carmen Fullara**<br>**2922 S. Harlem Ave.**<br>**Garden North**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Carol Paeth**<br>**4605 S. Grove Ave.**<br>**1st Floor North**<br>**Brookfield, IL 60513** | **Apartment Lease** |
| **Cathy & John Nelson**<br>**88 Kimbark Rd.**<br>**1st Floor West**<br>**Riverside, IL 60546** | **Apartment Lease** |

Sheet  __1__  of  __11__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Richard Hank,**          Case No. _____

**Joan Hank**

_____,
Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Christine & Andrew Patti**<br>**1619 S. Kenilworth Ave.**<br>**1st Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Christine & Samanth Flores**<br>**4609 S. Grove Ave.**<br>**2nd Floor South**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Ciera Spencer**<br>**1811 S. Kenilworth**<br>**Garden Apt.**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Claire Rogoski**<br>**76 Kimbark Rd.**<br>**1st Floor West**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Cynthia & Dana Wiora**<br>**6648 W. 19th Street**<br>**1st Fl. West**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **D'Mora Willis**<br>**2834 S. Harlem Ave.**<br>**2nd Floor West**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Dan Mayor**<br>**1845 S. Kenilworth Ave.**<br>**Garden Apt.**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Deedee Saucedo**<br>**1926 S. Euclid Ave.**<br>**2nd Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Diane Hohe**<br>**1807 S. Gunderson Ave.**<br>**Garden Apt.**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Diane Rushton**<br>**1846 S. Oak Park Ave.**<br>**2nd Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |

Sheet __2__ of __11__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Richard Hank,**                                  Case No. _____

          **Joan Hank**

_____,

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Diane Svolos**<br>**6648 W. 19th Street**<br>**2nd Fl. East**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Diiaana & George Amparan**<br>**2936 S. Harlem Ave.**<br>**2nd Floor**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Don Graconin**<br>**3606 S. Clarence Ave.**<br>**Garden Apt.**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Donald Adams, Cherannzeta Stagger**<br>**Ashley Johnson**<br>**4603 S. Grove Ave., 2nd. Fl. South**<br>**Brookfield, IL 60513** | **Apartment Lease** |
| **Dorothy Novak**<br>**1826 S. Euclid Ave.**<br>**Garden Apt.**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Durward Schuyleman**<br>**1945 S. Oak Park Ave.**<br>**Garden Apt.**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Elizabeth Orengo**<br>**1926 S. Euclid Ave.**<br>**1st Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Ericka Adkinson**<br>**6432-34 W. 19th Street**<br>**2nd Floor East**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Erin & Dan Milankovic**<br>**4529 S. Forest Ave.**<br>**2nd Floor North**<br>**Brookfield, IL 60513** | **Apartment Lease** |
| **Ernesto Hidalgo**<br>**6529 W. 16th Street**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Eva & Bruno Espada**<br>**1619 S. Kenilworth Ave.**<br>**Garden Apt.**<br>**Berwyn, IL 60402** | **Apartment Lease** |

Sheet   **3**   of   **11**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Richard Hank,**                                          Case No. _____

      **Joan Hank**

                                              Debtors,

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Fran Bustamante**<br>**3606 S. Clarence Ave.**<br>**2nd Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Francisco Castro**<br>**3314 S. East Avenue**<br>**2nd Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Fred Amodio & Ken Kozlik**<br>**4603 S. Grove Ave.**<br>**2nd Floor North**<br>**Brookfield, IL 60513** | **Apartment Lease** |
| **Glenda Parker**<br>**6648 W. 19th Street**<br>**1st Fl. East**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Irene Haidocher**<br>**1826 S. Euclid Ave.**<br>**1st Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Ivory Phipps**<br>**8013 W. Edgewater Rd.**<br>**2nd Floor**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Jelene Johnson**<br>**1926 S. Euclid Ave.**<br>**Garden Ave.**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Jerry Garbie**<br>**1822 S. Oak Park Ave.**<br>**Garden Apt.**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Jessica & Eric Garza**<br>**4529 S. Maple Ave.**<br>**2nd Floor**<br>**Brookfield, IL 60513** | **Apartment Lease** |
| **Jim Server & Lander Montgomery**<br>**324 E. Burlington Ave.**<br>**2nd Floor South**<br>**Riverside, IL 60546** | **Apartment Lease** |

Sheet __**4**__ of __**11**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Richard Hank,**                                                 Case No. _____

      **Joan Hank**

_____,

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Joann Balasa**<br>**8013 W. Edgewater Rd.**<br>**1st Floor South**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Joann Voigt**<br>**1932 S. Euclid Ave.**<br>**1st Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Joe Cumba**<br>**3314 S. East Avenue**<br>**1st Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **John & Monica Amparan**<br>**2840 S. Harlem Ave.**<br>**2nd Floor East**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **John Smetona**<br>**2834 S. Harlem Ave.**<br>**1st Floor**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Jose Chiquito**<br>**4521 S. Maple Ave.**<br>**1st Floor South**<br>**Brookfield, IL 60513** | **Apartment Lease** |
| **Joseph & Patricia Kaminski**<br>**4529 S. Forest Ave.**<br>**1st Floor South**<br>**Brookfield, IL 60513** | **Apartment Lease** |
| **Juan Rojas**<br>**1641 S. Wesley Ave.**<br>**1st Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **June Hermann**<br>**1945 S. Oak Park**<br>**1st Floor**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Ken Mooney**<br>**2930 S. Harlem**<br>**1st Floor**<br>**Riverside, IL 60546** | **Apartment Lease** |

Sheet __5__ of __11__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Richard Hank,**                                      Case No. _____

         **Joan Hank**

Debtors ,

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Kevin & Sharon Horan**<br>**4521 S. Maple Ave.**<br>**2nd Floor South**<br>**Brookfield, IL 60513** | **Apartment Lease** |
| **Larry Waller & Chris White**<br>**4603 S. Grove Ave.**<br>**Garden Apt.**<br>**Brookfield, IL 60513** | **Apartment Lease** |
| **Lashelle Adams**<br>**4605 S. Grove Ave.**<br>**2nd Floor South**<br>**Brookfield, IL 60513** | **Apartment Lease** |
| **Lashenna Lee**<br>**6434 W. 19th Street**<br>**2nd Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Lilia Wichest**<br>**4529 S. Maple Ave.**<br>**1st Floor North**<br>**Brookfield, IL 60513** | **Apartment Lease** |
| **Linda Conley**<br>**76 Kimbark Rd.**<br>**1st Floor East**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Lionel Gore**<br>**2830 S. Harlem Ave.**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Lornel Runnels Dreca Smith**<br>**4521 S. Maple Ave.**<br>**2nd Floor North**<br>**Brookfield, IL 60513** | **Apartment Lease** |
| **Luz Maradey & Ana Bottechia**<br>**Ana Rosille de Maradey**<br>**4609 S. Grove Ave., 2nd Floor N**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Magdalene Rosales**<br>**Steve Minaghoav**<br>**8013 W. Edgewater Rd., 1st Fl. N**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Margie Friedman**<br>**76 Kimbark Rd.**<br>**2nd Floor West**<br>**Riverside, IL 60546** | **Apartment Lease** |

Sheet   **6**   of   **11**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

In re   **Richard Hank,**                                            Case No. _____

      **Joan Hank**

_____ ,

                      Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Maria Rojas**<br>**6432-34 W. 19th Street**<br>**1st Fl. East**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Marie Trachsler**<br>**1803 S. Kenilworth Ave.**<br>**Garden Apt.**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Marisela Gutierrez**<br>**John Compean**<br>**1818 S. Kenilworth Ave., 1st Fl.**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Marisol & Robert Ross**<br>**1803 S. Kenilworth Ave.**<br>**2nd Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Mark Tyszler**<br>**324 E. Burlington Ave.**<br>**3rd Floor**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Mary & Frank Kaisz**<br>**4609 S. Grove Ave.**<br>**1st Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Mary Kostios**<br>**2926 S. Harlem Ave.**<br>**2nd Floor North**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Mashana Jefferson**<br>**1641 S. Wesley Ave.**<br>**2nd. Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Mattie Davis**<br>**4605 S. Grove Ave.**<br>**2nd Floor North**<br>**Brookfield, IL 60513** | **Apartment Lease** |
| **Melissa Ramirez**<br>**2922 S. Harlem Ave.**<br>**2nd Floor South**<br>**Riverside, IL 60546** | **Apartment Lease** |

Sheet  **7**  of  **11**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Richard Hank,**
            **Joan Hank**

Case No. _____

_____,

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Michael & Erika Butcher**<br>**1818 S. Kenilworth Ave.**<br>**2nd Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Michelle & Vincent Amparan**<br>**2936 S. Harlem Ave.**<br>**1st Floor**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Miguel Maradey**<br>**4605 S. Grove Ave.**<br>**Garden South**<br>**Brookfield, IL 60513** | **Apartment Lease** |
| **Minnie & Vicki Martino**<br>**2131 S. Grove Ave.**<br>**1st Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Molly & Randy Emerson**<br>**1826 S. Euclid Ave.**<br>**2nd Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Nick Cascarano**<br>**1801 S. Kenilworth Ave.**<br>**Garden Apt.**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Nicole Jefferson**<br>**Roger Garland**<br>**1932 S. Euclid Ave., 2nd Fl.**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Nicole Munoz**<br>**4529 S. Forest Ave.**<br>**2nd Floor South**<br>**Brookfield, IL 60513** | **Apartment Lease** |
| **Pat & Taurus Howard**<br>**2830 S. Harlem Ave.**<br>**1st Floor South**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Patrick Brennan**<br>**2840 S. Harlem Ave.**<br>**1st Floor South**<br>**Riverside, IL 60546** | **Apartment Lease** |

Sheet __8__ of __11__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

In re    **Richard Hank,**                                          Case No. _____

      **Joan Hank**

_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Peter Gonges**<br>**2926 S. Harlem Ave.**<br>**Garden North**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Phil Thompson**<br>**6432-34 W. 19th Street**<br>**2nd Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Richard Havlik**<br>**1932 S. Euclid Ave.**<br>**Garden Apt.**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Rob Trent**<br>**1819 S. Wesley**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Robert Harris**<br>**1641 S. Wesley Ave.**<br>**Garden Apt.**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Rocio Siavichay**<br>**4603 S. Grove Ave.**<br>**1st Floor South**<br>**Brookfield, IL 60513** | **Apartment Lease** |
| **Roger Collins**<br>**Latasha Williams**<br>**1845 S. Kenilworth Ave., 1st Fl.**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Ron Clifton**<br>**1807 S. Gunderson Ave.**<br>**2nd Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Rose Beavchi**<br>**6434 W. 19th Street**<br>**1st Floor West**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Rosha Brisco**<br>**2830 S. Harlem Ave.**<br>**3rd Floor South**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Rubin Castillo**<br>**Enice Gonzalez**<br>**6648 W. 19th Street, G**<br>**Berwyn, IL 60402** | **Apartment Lease** |

Sheet __9__ of __11__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Richard Hank,**                                    Case No. _____

      **Joan Hank**

_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Sally Jansen**<br>**76 Kimbark Rd.**<br>**2nd Floor East**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Shemeka Parnell**<br>**1807 S. Gunderson Ave.**<br>**1st Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Shenese & Tenice Harvey**<br>**1945 S. Oak Park Ave.**<br>**2nd Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Sherry & Tim McGrath**<br>**4605 S. Grove Ave.**<br>**Garden North**<br>**Brookfield, IL 60513** | **Apartment Lease** |
| **Shronda McDaniels**<br>**6432-34 W. 19th Street**<br>**1st Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Sophia Morris**<br>**2830 S. Harlem Ave.**<br>**3rd Floor**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Sphie Kostios**<br>**2926 S. Harlem Ave.**<br>**Garden South**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **Tamara Parker**<br>**Ronnie Burgiss**<br>**1931 S. East Ave., 1st Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Theresa Sharp & Ray Smidl**<br>**4529 S. Maple Ave.**<br>**2nd Floor South**<br>**Brookfield, IL 60513** | **Apartment Lease** |
| **Vanilla & James Crowder**<br>**2830 S. Harlem Ave.**<br>**2nd Floor**<br>**Riverside, IL 60546** | **Apartment Lease** |

Sheet __10__ of __11__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Richard Hank,**                                                              Case No. _____

     **Joan Hank**

_____,

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Vi Dong**<br>**2131 S. Grove Ave.**<br>**2nd Floor**<br>**Berwyn, IL 60402** | **Apartment Lease** |
| **Wakita Evans**<br>**2830 S. Harlem Ave.**<br>**2nd Floor South**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **William & Tami Miller**<br>**8013 W. Edgewater Road**<br>**2nd Floor South**<br>**Riverside, IL 60546** | **Apartment Lease** |
| **William & Vicky Petitte**<br>**4521 S. Maple Ave.**<br>**1st Floor North**<br>**Brookfield, IL 60513** | **Apartment Lease** |
| **Zorrice Rodriguez**<br>**1818 S. Kenilworth Ave.**<br>**Garden Apt.**<br>**Berwyn, IL 60402** | **Apartment Lease** |

Sheet __11__ of __11__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Richard Hank,**                                            Case No. _____

        **Joan Hank**

_____,
                                        Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Richard Hank** |
| Debtor 2 (Spouse, if filing) | **Joan Hank** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

Official Form B 6I

# Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed  ■ Not employed | ☐ Employed  ■ Not employed |
| **Occupation** | | |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ 0.00 | $ 0.00 |

| Debtor 1 | **Richard Hank** |
|---|---|
| Debtor 2 | **Joan Hank** |

Case number (*if known*) _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|

**Copy line 4 here** .................................................... 4. $ **0.00**   $ **0.00**

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6. $ **0.00**   $ **0.00**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7. $ **0.00**   $ **0.00**

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a. $ **-161,000.00**   $ **0.00**

8b. **Interest and dividends**   8b. $ 0.00   $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c. $ 0.00   $ 0.00

8d. **Unemployment compensation**   8d. $ 0.00   $ 0.00

8e. **Social Security**   8e. $ **1,473.00**   $ **683.00**

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f. $ 0.00   $ 0.00

8g. **Pension or retirement income**   8g. $ 0.00   $ 0.00

8h. **Other monthly income.** Specify: _____   8h.+ $ 0.00 +   $ 0.00

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9. $ **-159,527.00**   $ **683.00**

10. **Calculate monthly income.** Add line 7 + line 9.   10. $ **-159,527.00** + $ **683.00** = $ **-158,844.00**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____   11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12. $ **-158,844.00**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Richard Hank** |
| Debtor 2 (Spouse, if filing) | **Joan Hank** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   ■ No

   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes. Fill out this information for each dependent............

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,532.02 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 2,077.86 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 397.16 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 698.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Debtor 1  **Richard Hank**
Debtor 2  **Joan Hank**                                    Case number (if known)  _____

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | **220.00** |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | **157.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **567.00** |
| | 6d. | Other. Specify: | 6d. | $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. | $ | **640.00** |
| 8. | **Childcare and children's education costs** | | 8. | $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | **200.00** |
| 10. | **Personal care products and services** | | 10. | $ | **188.00** |
| 11. | **Medical and dental expenses** | | 11. | $ | **1,296.86** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | **722.60** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | **230.00** |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | **391.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | **450.00** |
| | 15b. | Health insurance | 15b. | $ | **505.00** |
| | 15c. | Vehicle insurance | 15c. | $ | **210.00** |
| | 15d. | Other insurance. Specify: **Medicare A &B** | 15d. | $ | **715.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | **0.00** |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | **0.00** |
| | 17c. | Other. Specify: | 17c. | $ | **0.00** |
| | 17d. | Other. Specify: | 17d. | $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | **0.00** |
| | 20b. | Real estate taxes | 20b. | $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| 21. | **Other:** Specify: | | 21. | +$ | **0.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. | $ | **11,197.50** |
| 23. | **Calculate your monthly net income.** | | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | **-158,844.00** |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. | -$ | **11,197.50** |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | **-170,041.50** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.
Explain: _____

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Richard Hank**
       **Joan Hank**

Debtor(s)

Case No. _____

Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **70**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date   **November 19, 2014**            Signature   **/s/ Richard Hank**

                                                **Richard Hank**
                                                Debtor


Date   **November 19, 2014**            Signature   **/s/ Joan Hank**

                                                **Joan Hank**
                                                Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Richard Hank**
        **Joan Hank**                            Case No.
                                 Debtor(s)        Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$600,000.00** | **2014 YTD: Joint Dbt Rental Income** |
| **$960,000.00** | **2013: Joint Dbt Rental Income** |
| **$960,000.00** | **2012: Joint Dbt Rental Income** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,937.00** | **Interest and Dividends 2013** |

2

| AMOUNT | SOURCE |
|---|---|
| $23,658.00 | 2014 YTD: Joint Dbt Social Security |
| $27,981.00 | 2013: Joint Dbt Social Security |
| $27,514.00 | 2012: Joint Dbt Social Security |
| $44,358.00 | 2012 Interest and dividends |

---

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached Spreadsheet** | | **$0.00** | **$0.00** |

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **US Bank, NA et al v. Richard & Joan Hank 14 CH 00397** | **Foreclosure** | **Cook County Circuit Court** | **Pending** |
| **JPMorgan Chase Bank v. Richard & Joan Hank et al 2013 CH 24765** | **Foreclosure** | **Cook County Circuit Court** | **Dismissed** |
| **JPMorgan Chase Bank et al v. Richard & Joan Hank 2013 CH 23261** | **Foreclosure** | **Cook County Circuit Court** | **Pending** |

---

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Bank of NY Mellon et al v. Richard & Joan Hank et al 2013 CH 01473 | Foreclosure | Cook County Circuit Court | Pending |
| JPMorgan Chase Bank v. Richard & Joan Hank et al 2013 CH 23666 | Foreclosure | Cook County Circuit Court | Dismissed |
| JPMorgan Chase Bank etal v. Richard & Joan Hank et al 2013 CH 22717 | Foreclosure | Cook County Circuit Court | Dismissed |
| US Bank, NA et al v. Richard & Joan Hank  13 CH 22836 | Foreclosure | Cook County Circuit Court | Pending |
| US Bank, NA et al v. Richard Hank et al  2013 CH 22696 | Foreclosure | Cook County Circuit Court | Pending |
| US Bank, NA v. Richard & Joan Hank et al 13 CH 28334 | Foreclosure | Cook County Circuit Court | Pending |
| US Bank NA et al v. Richard & Joan Hank et al 2013 CH 22635 | Foreclosure | Cook County Circuit Court | Pending |
| US Bank,NA et al v. Richard & Joan Hank et al 2013 CH 24340 | Foreclosure | Cook County Circuit Court | Summary Judgment |
| Deutsche Bank NA et al v. Richard & Joan Hank et al  2013 CH 28220 | Foreclosure | Cook County Circuit Court | Pending |
| Deutsche Bank v. Richard & Joan Hank et al 2013 CH 26311 | Foreclosure | Cook County Circuit Court | Pending |
| Deutsche Bank NA et al v. Richard & Joan Hank et al   2013 Ch 26161 | Foreclosure | Cook County Circuit Court | Pending |
| Deutsche Bank NA et al v. Richard & Joan Hank 2014 CH 02287 | Foreclosure | Cook County Circuit Court | Pending |
| Bank New York Mellon etal v. Richard & Joan Hank  2014 CH 01473 | Foreclosure | Cook County Circuit Court | Pending |
| Bank New York Mellon et al v. Richard & Joan Hank et al  2013 CH 23071 | Foreclosure | Cook County Circuit Court | Pending |
| US Bank, NA et al v. Richard & Joan Hank et al 2013 CH 28165 | Foreclosure | Cook County Circuit Court | Pending |
| US Bank, NA et al v. Richard & Joan Hank et al 2014 CH 00432 | Foreclosure | Cook County Circuit Court | Pending |
| Capital One, NA v. Richard&Joan Hank etal  2013 CA 053684 | Foreclosure | Lee County Circuit Court Florida | Pending |
| JPMorgan Chase Bank NA v. Richard & Joan Hank et al  2013 CA 02950 | Foreclosure | Collier County Circuit Court Florida | Pending |
| US Bank, NA v. Richard & Joan Hank et al  2013 CH 3259 | Foreclosure | Circuit Court for the 18th Judicial Court DuPage County - Wheaton, IL | Pending |
| Deutsche Bank National Trust Co. v. Richard & Joan Hank 2014 CH 14477 | Foreclosure | Circuit Court of Cook County | Pending |
| Deutsche Bank National Trust Company v. Richard & Joan Hank 2014 CH 014442 | Foreclosure | Circuit Court of Cook County | Pending |
| US Bank NA etal v. Richard & Joan Hank 2014 CH 17289 | Foreclosure | Circuit Court of Cook County | Pending |
| Ocwen Loan Servicing LLC etal v. Richard & Joan Hank 2014 CH 16029 | Foreclosure | Circuit Court of Cook County | Pending |
| Deutsche Bank National Trust v. Richard & Joan Hank 2014 CH 15557 | Foreclosure | Circuit Court of Cook County | Pending |
| Deutsche Bank NA etal v. Richard & Joan Hank 2014 CH 01514 | Foreclosure | Circuit Court of Cook County | Pending |

B7 (Official Form 7) (04/13)                                                                                                                 4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **US Bank Nation Association v. Richard & Joan Hank, et al - 11-2014-CA-001023** | **Foreclosure** | **Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida** | **Pending** |
| **U.S Bank National Association, et.al v. Richard & Joan Hank, et. al - case No. 11-2014-CA-001033** | **Foreclosure** | **Circuit Court of the Twentieth Judicial Circuit in and for Collier County Florida** | **Pending** |

None   ☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None   ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **U.S. Bank**<br>**c/o Codilis & Associates**<br>**15W030 North Frontage Rd Suite 100**<br>**Burr Ridge, IL 60527** | **October 2014** | **2904 Harlem Avenue, Riverside, IL  $325,000** |
| **Capital One N.A.**<br>**7933 Preston Road**<br>**Plano, TX 75094** | **July 21, 2014** | **28503 Raffini Lane**<br>**Bonita Springs, FL**<br>**$1,100,000.00** |

### 6. Assignments and receiverships

None   ☑   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None   ☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                      5

---

### 7. Gifts

None  ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Notre Dame University** | | **December 2013** | **$4,000** |

---

### 8. Losses

None  ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **2926 Harlem, Riverside, IL - $18,000 to $20,000** | **Fire** | **April 30, 2013** |

---

### 9. Payments related to debt counseling or bankruptcy

None  ■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 10. Other transfers

None  ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Lori Anne Beaumont** | **April 15, 2014** | **28540 Chianti Terrace, Bonita Springs, FL $65,733.48** |

None  ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

B7 (Official Form 7) (04/13)                                                                                                          6

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of America Global Capital Mgmt.**<br>**PO Box 8723**<br>**Boston, MA 02266-8723** | **Cash Reserves 6752 $697.98** | **$697.98 September 2014** |

**12. Safe deposit boxes**

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Citizens Bank**<br>**Berwyn, IL** | | **Coin Collection: $20,000**<br>**Paper Weights: $2,0000** | |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)                                                                                              7

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)
8

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Mark Mandell** | **2012 - Present** |
| **95 Revere Drive, Suite A** | |
| **Northbrook, IL 60062** | |

None
☐
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |
| **Internal Revenue Service** | **Cincinnati, OH 45999-0025** | |

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |
| **Richard and Joan Hank** | **1447 Ashland** |
| | **River Forest, IL 60305** |
| **Mark Mandell** | **95 Revere Drive, Suite A** |
| | **Northbrook, IL 60062** |

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

### 20. Inventories

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None
■
b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                                    9

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■       controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

---

**22 . Former partners, officers, directors and shareholders**

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■       commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■       immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■       in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
        commencement of this case.

| NAME & ADDRESS |  | AMOUNT OF MONEY |
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION AND |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | VALUE OF PROPERTY |

---

**24. Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■       group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
        of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |

---

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■       employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |

* * * * * *

B7 (Official Form 7) (04/13)                                                                                           10

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **November 19, 2014**                              Signature   **/s/ Richard Hank**
                                                                      **Richard Hank**
                                                                      Debtor


Date   **November 19, 2014**                              Signature   **/s/ Joan Hank**
                                                                      **Joan Hank**
                                                                      Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## Statement of Financial Affair #3

| Payee | Amount Paid | Dates Paid |
|---|---|---|
| ComEd | 8/15-10/10 | $  5,062.29 |
| Nicor Gas | 8/11-10/10 | $28,702.40 |
| City of Berwyn (water) | 8/12-10/7 | $  9,512.57 |
| Village of Riverside (water) | 8/19-10/5 | $  3,845.07 |
| Village of Brookfield (Water) | 9/26-10/5 | $  1,765.92 |
| Groot | 8/15-9/30 | $  2,217.44 |
| Allied Waste | 8/21-10/7 | $  2,208.12 |
| Laddie Kallo | 8/12-10/8 | $  3,574.70 |
| B. Davids Landscaping | 8/13-10/5 | $  5,290.00 |
| J. Carrillo/Quality Lawn Care | 9/13-10/7 | $  2,745.00 |
| Keenan Concrete | 9/28-10/10 | $     920.00 |
| AT&T Universal Card | 8/14-9/15 | $     685.00 |
| Chase | 8/18-10/8 | $  3,885.00 |
| CitiCards | 8/18-10/8 | $  5,250.00 |
| AAA Financial | 8/26-9/25 | $     955.00 |
| Discover | 9/2-10/2 | $     825.00 |
| Merrick Bank | 9/2-10/2 | $     850.00 |
| American Express | 9/6-10/8 | $     785.92 |
| Chase | 8/18-10/8 | $  4,330.00 |
| Nationstar Mortgage | 8/27-9/26 | $  5,870.60 |
| Wells Fargo | 8/28-10/2 | $10,143.56 |
| Ocwen Loan Servicing LLC | 9/3-9/30 | $  6,294.86 |
| Capital One Bank | 9/4-10/7 | $16,047.70 |
| Greentree | 9/4-10/10 | $  4,174.28 |

| | | |
|---|---|---|
| Eastern Savings Bank | 9/7-10/8 | $ 12,652.50 |
| Chase | 8/11-10/10 | $ 17,396.58 |
| Home Depot | 8/16-10/29 | $  1,052.86 |
| Home Watch | 8/21-11/8 | $  1,841.25 |
| State Farm Insurance | 8/25-11/18 | $  8,336.34 |
| Tim Stifl | 9/13-10/10 | $  3,462.19 |
| Robert Kadolph | 9/30/2014 | $    628.00 |
| Lubos Cihlar | 9/3-10/8 | $  1,195.00 |
| Ascot Systems | 10/3-10/5 | $    747.00 |
| R.G. Janitorial Services | 8/13-10/5 | $  1,810.00 |
| Mandell Advisory Group | 11/11/2014 | $ 11,805.00 |
| Robert Hunnington | 11/11/2014 | $  2,500.00 |
| Tiffany Lott | 9/30/2014 | $    680.00 |
| ASI Insurance | 8/27-9/16 | $  1,598.05 |
| Emma Scott | 9/23/2014 | $  2,000.00 |
| Alarm Detection Systems | 9/6/2014 | $  1,252.99 |
| River Forest Roofer | 8/22/2014 | $  1,000.00 |
| JVR Construction | 9/9-10/2 | $  1,600.00 |
| Glades Homeowners Assoc. | 8/28-9/30 | $  4,338.00 |
| AT&T | 8/12-10/11 | $    633.80 |
| Dave West | 8/18-9/30 | $  5,711.00 |

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Richard Hank**
**Joan Hank**                                          Case No. _____

                                    Debtor(s)        Chapter      **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ....................................... $ _____ **

   Prior to the filing of this statement I have received .......................... $ **36,000.00**

   Balance Due ............................................................................... $ _____ **

2. The source of the compensation paid to me was:              **to be determined by further court order.

   ☒ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor      ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **November 17, 2014**                    **/s/ EUGENE CRANE**
                                                   **EUGENE CRANE**
                                                   **Crane, Heyman, Simon, Welch & Clar**
                                                   **Suite 3705**
                                                   **135 South LaSalle Street**
                                                   **Chicago, IL 60603-4297**
                                                   **312-641-6777  Fax: 312-641-7114**

---

LAW OFFICES

# CRANE, HEYMAN, SIMON, WELCH & CLAR

EUGENE CRANE
ARTHUR G. SIMON
DAVID K. WELCH
SCOTT R. CLAR
JEFFREY C. DAN

JOHN H. REDFIELD
BRIAN P. WELCH

GLENN R. HEYMAN, OF COUNSEL
THOMAS W. GOEDERT, OF COUNSEL

SUITE 3705
135 SOUTH LASALLE STREET
CHICAGO, ILLINOIS 60603-4297

(312) 641-6777
FAX (312) 641-7114

WWW.CRANEHEYMAN.COM

November 17, 2014

Richard and Joan Hank
1447 Ashland
River Forest, IL 60305

Re:    Chapter 11

Dear Richard and Joan:

This letter is intended to confirm the agreement reached with you concerning the retention of the law firm of Crane, Heyman, Simon, Welch & Clar ("CHSWC") in connection with the representation of Richard and Joan Hank ("Debtors") with respect to the preparation and filing of a Chapter 11 bankruptcy proceeding.   After review of this letter, please sign on the signature lines provided acknowledging your understanding of the terms of our retention.

You have paid CHSWC the sum of $85,000.00 as an advance payment retainer ("Retainer") for this engagement.  Of said sum, $36,000.00 is the remaining balance as of this date, for which, in consideration of the payment of this Retainer, CHSWC agrees to provide legal services on your behalf in connection with the matters upon which CHSWC has been retained. Unless otherwise billed directly to you, any costs incurred during our representation shall be subject to reimbursement from you.

This Retainer was not held in the client trust account of CHSWC, and was treated as income by CHSWC upon its receipt, as it was deposited into the general account of CHSWC. This Retainer is the property of CHSWC and you retain no legal or equitable interest in the Retainer.  In the event that the legal services and expenses incurred exceed this Retainer, it is understood that CHSWC shall be entitled to additional monies to account for the difference.

It is understood that due to the nature of the representation and the substantial risk to CHSWC that CHSWC may receive no further fees, CHSWC is unwilling to represent you without the payment of such advance payment retainer and that the decision to pay an advance payment retainer to CHSWC was the choice of you, after consideration of other retainer options. You acknowledge that the specific purpose of such advance payment retainer is to assure you of legal representation at least until such time as the Retainer is exhausted, and that the advantage to you of such a Retainer, is that it provides such assurance by reducing the risk of creditor attachment of such a retainer and without the necessity of seeking any court and/or creditor approval with respect to same.

LAW OFFICES

# CRANE, HEYMAN, SIMON, WELCH & CLAR

Richard and Joan Hank
November 17, 2014
Page 2

For your information the current hourly rates for CHSWC are as follows:

| | |
|---|---|
| Eugene Crane.................. | $495 |
| Glenn R. Heyman............. | $495 |
| Arthur G. Simon............... | $490 |
| David K. Welch................. | $490 |
| Scott R. Clar.................... | $490 |
| Jeffrey C. Dan.................. | $415 |
| John H. Redfield.............. | $390 |
| Thomas W. Goedert....... | $425 |
| Brian P. Welch................ | $295 |

The above hourly rates are subject to change on January 1 of each year. You will be charged the hourly rates in existence at the time of billing by CHSWC.

Please sign and return this letter to me as soon as possible. Thank you for the opportunity to be of service to you. We look forward to a successful relationship with you. Of course, should there be any questions concerning our representation, please do not hesitate to contact me.

Very truly yours,

CRANE, HEYMAN, SIMON, WELCH & CLAR,

By: _Eugene Crane_

EC/sll

**AGREED, ACCEPTED AND UNDERSTOOD:**

Richard Hank

Joan Hank

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

      Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

      After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

      Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

      Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

      A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Richard Hank**
       **Joan Hank**                  Case No.
                                 Debtor(s)        Chapter    **11**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Richard Hank**
**Joan Hank**                       X   **/s/ Richard Hank**            **November 19, 2014**
Printed Name(s) of Debtor(s)                  Signature of Debtor            Date

Case No. (if known)                     X   **/s/ Joan Hank**              **November 19, 2014**
                                       Signature of Joint Debtor (if any)       Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Richard Hank**
    **Joan Hank**

Debtor(s)

Case No.

Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:     **216**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **November 19, 2014**

**/s/ Richard Hank**
**Richard Hank**
Signature of Debtor

Date:  **November 19, 2014**

**/s/ Joan Hank**
**Joan Hank**
Signature of Debtor

AAA Financial Services
P.O. Box 982235
Dallas, TX 75285-1001

Aida Acosta
Gerardo Hernandez
8013 W. Edgewater Rd., Garden Apt.
Riverside, IL 60546

Becker & Poliakoff
Six Mile Corporate Park
12140 Carissa Commerce Ct., Ste 2
Fort Myers, FL 33966

AAA Master Card Plat Plus
AAA Financial Services
P.O. Box 851001
Dallas, TX 75285

Angie & Sandee Medor
4609 S. Grove Ave.
1st Floor South
Berwyn, IL 60402

Bernie Gorski
3606 S. Clarence Ave.
1st Floor
Berwyn, IL 60402

Adam Such
1834 S. Kenilworth Ave.
Garden Apt.
Berwyn, IL 60402

Anne Amato
2830 S. Harlem Ave.
2nd Floor
Riverside, IL 60546

Betsie Bellavia
1846 S. Oak Park Ave.
Garden Apt.
Berwyn, IL 60402

Alma Castillo
2840 S. Harlem Ave.
2nd Floor North
Riverside, IL 60546

Arlene Collier
1845 S. Kenilworth Ave.
2nd Floor
Berwyn, IL 60402

Betsy Gavger
2926 S. Harlem Ave.
1st Floor
Riverside, IL 60546

Alma Tijerina
324 E. Burlington Ave.
2nd Floor
Riverside, IL 60546

ASC
PO Box 10388
Des Moines, IA 50306-0388

Betty Price
1811 S. Kenilworth Ave.
1st Floor
Berwyn, IL 60402

Amador & Katherine Crespo
Dorthy Scalfano
4603 S. Grove Ave., 1st Fl. North
Brookfield, IL 60513

AT&T Universal Card
Processing Center
Des Moines, IA 50363-0005

Bill Wendt
1834 S. Kenilworth Ave.
1st Floor
Berwyn, IL 60402

American Express Green Card
P.O. Box 0001
Los Angeles, CA 90096-8000

AT&T Universal Card Platinum
P.O. Box 6500
Sioux Falls, SD 57117-6500

BJ Hank Trust 1
c/o First Merit Bank
p.o. Box 3548
Akron, OH 44309-3548

American Express Green Card
P.O. Box 981535
El Paso, TX 79998-1535

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

BNY Mellon
c/o Pierce & Associates
1 N. Dearborn #1300
Chicago, IL 60602

American Express OPTIMA Card
American Express
P.O. Box 981535
El Paso, TX 79998-1535

Bank of America World Master Card
Bank of America
P.O. Box 982235
El Paso, TX 79998-2235

Bob Monteno
6648 W. 19th Street
2nd Fl. West
Berwyn, IL 60402

American Express OPTIMA Card
American Express
P.O. Box 0001
Los Angeles, CA 90096-8000

Bayview Loan Servicing
62516 Collection Center Drive
Chicago, IL 60693-0625

Bond Schoeneck & King
4001 Tamiami Trail North
Suite 250
Naples, FL 34103-3555

Brittany Mihot
4529 S. Maple Ave.
1st Floor South
Brookfield, IL 60513

Capital One
P.O. Box 6492
Carol Stream, IL 60197

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank
PO Box 1917
Merrifield, VA 22116-1917

Carlos Calle
1834 S. Kenilworth Ave.
2nd Floor
Berwyn, IL 60402

Carmen Fullara
2922 S. Harlem Ave.
Garden North
Riverside, IL 60546

Carol Paeth
4605 S. Grove Ave.
1st Floor North
Brookfield, IL 60513

Cathy & John Nelson
88 Kimbark Rd.
1st Floor West
Riverside, IL 60546

Chase Card Services
P.O. Box 15298
Wilmington, DE 19886

Chase Cardmember Services
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Elite MasterCard
Chase Cardmember Services
P.O. Box 15153
Wilmington, DE 19886

Chase Home Finance
P.O. Box 9001871
Louisville, KY 40290-1871

Chase Home Finance
P.O. Box 9001008
Louisville, KY 40290-1008

Chase Slate Master Card
Chase Card Services
P.O. Box 15153
Wilmington, DE 19886

Chase Slate Master Card
P.O. Box 15298
Wilmington, DE 19850-5298

Chase United Mileage Plus
P.O. Box 15298
Wilmington, DE 19850-5298

Chase United Mileage Plus
Cardmember Services
P.O. Box 15153
Wilmington, DE 19886

Chase Visa
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Visa
Cardmember Services
P.O. Box 15153
Wilmington, DE 19886-5153

Christine & Andrew Patti
1619 S. Kenilworth Ave.
1st Floor
Berwyn, IL 60402

Christine & Samanth Flores
4609 S. Grove Ave.
2nd Floor South
Berwyn, IL 60402

Ciera Spencer
1811 S. Kenilworth
Garden Apt.
Berwyn, IL 60402

Citi Drivers Edge
P.O. Box 6500
Sioux Falls, SD 57117

Citi Drivers Edge
CitiCards Processing Center
Des Moines, IA 50363

Citi Drivers Edge Master Card
P.O. Box 6500
Sioux Falls, SD 57117

Citi Drivers Edge Master Card
CitiCards Processing Center
Des Moines, IA 50363-0005

Citi Gold AAdvantage Elite Master
CitiCards Processing Center
P.O. Box 6500
Sioux Falls, SD 57117

Citi Gold AAdvantage Master Card
CitiCards
P.O. Box 6004
Sioux Falls, SD 57117-6004

Citi Gold AAdvantage Master Card
CitiCards Processing Center
Des Moines, IA 50363-0005

CitiCards
Processing Center
Des Moines, IA 50363-0005

CitiMortgage, Inc.
P.O. Box 183040
Columbus, OH 43218-3040

Cynthia & Dana Wrona
6046 W. 19th Street
1st Fl. West
Berwyn, IL 60402

Diane Svetos
6648 W. 19th Street
2nd Fl. East
Berwyn, IL 60402

Claire Rogoski
76 Kimbark Rd.
1st Floor West
Riverside, IL 60546

D'Mora Willis
2834 S. Harlem Ave.
2nd Floor West
Riverside, IL 60546

Diiaana & George Amparan
2936 S. Harlem Ave.
2nd Floor
Riverside, IL 60546

Codilis & Associates, PC
15W030 N. Frontage Rd
Suite 100
Burr Ridge, IL 60527

Dan Mayor
1845 S. Kenilworth Ave.
Garden Apt.
Berwyn, IL 60402

Discover Card
P.O. Box 30943
Salt Lake City, UT 84130

Codilis & Associates, PC
15W030 N. Frontage Road
Suite 100
Burr Ridge, IL 60527

Deedee Saucedo
1926 S. Euclid Ave.
2nd Floor
Berwyn, IL 60402

Discover Card
P.O. Box 6103
Carol Stream, IL 60197-6103

Collier County Tax Collector
3291 Tamiami Trail East
Naples, FL 34112

Deutsche Bank Tte for Wamu Asset
c/o Ryan Hart, Codilis & Associates
15W030 N. Frontage Road, Suite 100
Burr Ridge, IL 60527

Don Graconin
3606 S. Clarence Ave.
Garden Apt.
Berwyn, IL 60402

Collier County Tax Collector
3291 Tamiami Trail East
Naples, FL 34112-4997

Deutsche Bank Tte for Wamu Asset
c/o Codilis & Associates
15W030 N. Frontage Road, Suite 100
Burr Ridge, IL 60527

Donald Adams, Cherannzeta Stagg
Ashley Johnson
4603 S. Grove Ave., 2nd. Fl. South
Brookfield, IL 60513

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602

Deutsche Bank, NA
c/o Manley Deas Kochalski LLC
1 East Wacker Drive #1730
Chicago, IL 60601

Dorothy Novak
1826 S. Euclid Ave.
Garden Apt.
Berwyn, IL 60402

Cook County Treasurer
118 N. Clark Street
Room 112
Chicago, IL 60602

Deutsche Bank, NA
c/o Codilis & Associates
15W030 North Frontage Road, Ste 100
Burr Ridge, IL 60527

Douglas C. Zahm, P.A.
12425 28TH Street North
Suite 200
Saint Petersburg, FL 33716

Cook County Treasurer
P.O. Box 805436
Chicago, IL 60680-4116

Diane Hohe
1807 S. Gunderson Ave.
Garden Apt.
Berwyn, IL 60402

DuPage County Collector
P.O. Box 4203
Carol Stream, IL 60197-4203

Cook County Treasurer
PO Box 805436
Chicago, IL 60680-4116

Diane Rushton
1846 S. Oak Park Ave.
2nd Floor
Berwyn, IL 60402

Durward Schuyleman
1945 S. Oak Park Ave.
Garden Apt.
Berwyn, IL 60402

Eastern Savings Bank
Executive Plaza 2
11350 McCormick Road, Suite 200
Hunt Valley, MD 21031

Elar Bustamante
9006 S. Clarence Ave.
2nd Floor
Berwyn, IL 60402

Jelene Johnson
1926 S. Euclid Ave.
Garden Ave.
Berwyn, IL 60402

Elizabeth Orengo
1926 S. Euclid Ave.
1st Floor
Berwyn, IL 60402

Francisco Castro
3314 S. East Avenue
2nd Floor
Berwyn, IL 60402

Jerry Garbie
1822 S. Oak Park Ave.
Garden Apt.
Berwyn, IL 60402

Ericka Adkinson
6432-34 W. 19th Street
2nd Floor East
Berwyn, IL 60402

Fred Amodio & Ken Kozlik
4603 S. Grove Ave.
2nd Floor North
Brookfield, IL 60513

Jessica & Eric Garza
4529 S. Maple Ave.
2nd Floor
Brookfield, IL 60513

Erin & Dan Milankovic
4529 S. Forest Ave.
2nd Floor North
Brookfield, IL 60513

Glenda Parker
6648 W. 19th Street
1st Fl. East
Berwyn, IL 60402

Jim Server & Lander Montgomery
324 E. Burlington Ave.
2nd Floor South
Riverside, IL 60546

Ernesto Hidalgo
6529 W. 16th Street
Berwyn, IL 60402

Goedert, Huntington & DeBoer
1200 Harger Road
Suite 830
Oak Brook, IL 60523

Joann Balasa
8013 W. Edgewater Rd.
1st Floor South
Riverside, IL 60546

Eva & Bruno Espada
1619 S. Kenilworth Ave.
Garden Apt.
Berwyn, IL 60402

Green Tree
PO Box 6172
Rapid City, SD 57709-6172

Joann Voigt
1932 S. Euclid Ave.
1st Floor
Berwyn, IL 60402

Fay Servicing
P.O. Box 220720
Chicago, IL 60622

Greentree Servicing LLC
P.O. Box 6172
Rapid City, SD 57709-6172

Joe Cumba
3314 S. East Avenue
1st Floor
Berwyn, IL 60402

Fisher & Shapiro LLC
2121 Waukegan Road
Suite 301
Bannockburn, IL 60015

IndyMac Mortgage Services
A Division of One West Bank
PO Box 4045
Kalamazoo, MI 49003-4045

John & Monica Amparan
2840 S. Harlem Ave.
2nd Floor East
Riverside, IL 60546

Forest Gate Homeowners Assoc.
c/o Oak & Dale Properties, Inc.
211 W. Chicago Ave., Suite 10
Hinsdale, IL 60521

Irene Haidocher
1826 S. Euclid Ave.
1st Floor
Berwyn, IL 60402

John Smetona
2834 S. Harlem Ave.
1st Floor
Riverside, IL 60546

Forest Glen Golf & Country Club
P.O. Box 11478
Naples, FL 34101

Ivory Phipps
8013 W. Edgewater Rd.
2nd Floor
Riverside, IL 60546

Jose Chiquito
4521 S. Maple Ave.
1st Floor South
Brookfield, IL 60513

Joseph & Patricia Kaminski
4529 S. Forest Ave.
1st Floor South
Brookfield, IL 60513

JP Morgan Chase Bank NA
Its Successors and/or Assigns
P.O. Box 100564
Florence, SC 29502-0564

JPMorgan Chase Bank
c/o Fisher Shapiro LLC
2121 Waukegan #301
Bannockburn, IL 60015

JPMorgan Chase Bank, NA
c/o Kahane & Associates, PA
8201 Peters Road, Suite 3000
Plantation, FL 33324

JPMorgan Chase Bank, NA
c/o Burke Warren & Mackay
330 N. Wabash 22nd Floor
Chicago, IL 60611

Juan Rojas
1641 S. Wesley Ave.
1st Floor
Berwyn, IL 60402

June Hermann
1945 S. Oak Park
1st Floor
Riverside, IL 60546

Jungle Plum East
12734 Kenwood Lane, Suite 25
Fort Myers, FL 33907-5639

Jungle Plum West
c/o Cambridge Management SWFL
2335 Tamiami Tr No. Ste #402
Naples, FL 34103

Kahane & Associates, P.A.
8201 Peters Road, Suite 3000
Plantation, FL 33324

Kent Mooney
2830 S. Harlem
1st Floor
Riverside, IL 60546

Kevin & Sharon Horan
4521 S. Maple Ave.
2nd Floor South
Brookfield, IL 60513

Larry Waller & Chris White
4603 S. Grove Ave.
Garden Apt.
Brookfield, IL 60513

Lashelle Adams
4605 S. Grove Ave.
2nd Floor South
Brookfield, IL 60513

Lashenna Lee
6434 W. 19th Street
2nd Floor
Berwyn, IL 60402

Lilia Wichest
4529 S. Maple Ave.
1st Floor North
Brookfield, IL 60513

Linda Conley
76 Kimbark Rd.
1st Floor East
Riverside, IL 60546

Lionel Gore
2830 S. Harlem Ave.
Riverside, IL 60546

Lornel Runnels Dreca Smith
4521 S. Maple Ave.
2nd Floor North
Brookfield, IL 60513

Luz Maradey & Ana Bottechia
Ana Rosille de Maradey
4609 S. Grove Ave., 2nd Floor N
Berwyn, IL 60402

Magdalene Rosales
Steve Minaghoav
8013 W. Edgewater Rd., 1st Fl. N
Riverside, IL 60546

Margie Friedman
76 Kimbark Rd.
2nd Floor West
Riverside, IL 60546

Maria Rojas
6432-34 W. 19th Street
1st Fl. East
Berwyn, IL 60402

Marie Trachsler
1803 S. Kenilworth Ave.
Garden Apt.
Berwyn, IL 60402

Marisela Gutierrez
John Compean
1818 S. Kenilworth Ave., 1st Fl.
Berwyn, IL 60402

Marisol & Robert Ross
1803 S. Kenilworth Ave.
2nd Floor
Berwyn, IL 60402

Mark Tyszler
324 E. Burlington Ave.
3rd Floor
Riverside, IL 60546

Mary & Frank Kaisz
4609 S. Grove Ave.
1st Floor
Berwyn, IL 60402

Mary Kostios
2926 S. Harlem Ave.
2nd Floor North
Riverside, IL 60546

Mashana Jefferson
1641 S. Wesley Ave.
2nd. Floor
Berwyn, IL 60402

Mattie Davis
4605 S. Grove Ave.
2nd Floor North
Brookfield, IL 60513

Nationstar Mortgage
P.O. Box 650785
Dallas, TX 75265

Phil Thompson
6432-34 W. 19th Street
2nd Floor
Berwyn, IL 60402

Melissa Ramirez
2922 S. Harlem Ave.
2nd Floor South
Riverside, IL 60546

Nick Cascarano
1801 S. Kenilworth Ave.
Garden Apt.
Berwyn, IL 60402

Richard Havlik
1932 S. Euclid Ave.
Garden Apt.
Berwyn, IL 60402

Merrick Bank
P.O. Box 9201
Old Bethpage, NY 11804

Nicole Jefferson
Roger Garland
1932 S. Euclid Ave., 2nd Fl.
Berwyn, IL 60402

Rob Trent
1819 S. Wesley
Berwyn, IL 60402

Merrick Bank Master Card
Marrick Bank
P.O. Box 30537
Tampa, FL 33630

Nicole Munoz
4529 S. Forest Ave.
2nd Floor South
Brookfield, IL 60513

Robert Clark & Associates
111 N. Wheaton Avenue
Unit 408
Wheaton, IL 60187

Michael & Erika Butcher
1818 S. Kenilworth Ave.
2nd Floor
Berwyn, IL 60402

Ocwen Loan Servicing LLC
P.O. Box 24738
West Palm Beach, FL 33416-4738

Robert Harris
1641 S. Wesley Ave.
Garden Apt.
Berwyn, IL 60402

Michelle & Vincent Amparan
2936 S. Harlem Ave.
1st Floor
Riverside, IL 60546

Ocwen Loan Servicing LLC
P.O. Box 24737
West Palm Beach, FL 33416-4737

Rocio Siavichay
4603 S. Grove Ave.
1st Floor South
Brookfield, IL 60513

Miguel Maradey
4605 S. Grove Ave.
Garden South
Brookfield, IL 60513

Pat & Taurus Howard
2830 S. Harlem Ave.
1st Floor South
Riverside, IL 60546

Roetzel
850 Park Shore Drive
Trianon Centre - Third Floor
Naples, FL 34103

Minnie & Vicki Martino
2131 S. Grove Ave.
1st Floor
Berwyn, IL 60402

Patrick Brennan
2840 S. Harlem Ave.
1st Floor South
Riverside, IL 60546

Roger Collins
Latasha Williams
1845 S. Kenilworth Ave., 1st Fl.
Berwyn, IL 60402

Molly & Randy Emerson
1826 S. Euclid Ave.
2nd Floor
Berwyn, IL 60402

Pavese Law Firm
P.O. Box 1565
Fort Myers, FL 33902-1565

Ron Clifton
1807 S. Gunderson Ave.
2nd Floor
Berwyn, IL 60402

Nationstar Mortgage
PO Box 650783
Dallas, TX 75265-0783

Peter Gonges
2926 S. Harlem Ave.
Garden North
Riverside, IL 60546

Rose Beavchi
6434 W. 19th Street
1st Floor West
Berwyn, IL 60402

Rosha Brisco
2830 S. Harlem Ave.
3rd Floor South
Riverside, IL 60546

Rubin Castillo
Enice Gonzalez
6648 W. 19th Street, G
Berwyn, IL 60402

Sally Jansen
76 Kimbark Rd.
2nd Floor East
Riverside, IL 60546

Samouce & Gal, P.A.
5405 Park Central Court
Naples, FL 34109

Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

Shemeka Parnell
1807 S. Gunderson Ave.
1st Floor
Berwyn, IL 60402

Shenese & Tenice Harvey
1945 S. Oak Park Ave.
2nd Floor
Berwyn, IL 60402

Sherry & Tim McGrath
4605 S. Grove Ave.
Garden North
Brookfield, IL 60513

Shronda McDaniels
6432-34 W. 19th Street
1st Floor
Berwyn, IL 60402

Sophia Morris
2830 S. Harlem Ave.
3rd Floor
Riverside, IL 60546

Specialized Loan Servicing LLC
PO Box 105219
Atlanta, GA 30348-5219

Sphie Kostios
2926 S. Harlem Ave.
Garden South
Riverside, IL 60546

Stonebridge Country Club
2116 Winding Oaks Way
Naples, FL 34109

Tamara Parker
Ronnie Burgiss
1931 S. East Ave., 1st Floor
Berwyn, IL 60402

Theresa Sharp & Ray Smidl
4529 S. Maple Ave.
2nd Floor South
Brookfield, IL 60513

Toscana I
c/o Resort Management
2685 Horseshoe Dr. S #215
Naples, FL 34104

U.S. Bank
c/o Codilis & Associates
15W030 North Frontage Rd Suite 100
Burr Ridge, IL 60527

U.S. Bank
c/o Heavner Scott, Beyers & Mihlar
PO Box 740
Decatur, IL 62523

U.S. Bank
c/o Shapiro, Fishman & Gache, LLP
2424 North Federal Hwy Suite 360
Boca Raton, FL 33431

U.S. Bank
c/o Pierce & Associates
1 N. Dearborn #1300
Chicago, IL 60602

U.S. Bank, NA
c/o Codilis & Associates
15W030 N. Frontage Road, Suite 1
Burr Ridge, IL 60527

United Mileage Plus Visa
Chase Card Services
P.O. Box 15153
Wilmington, DE 19886

US Bank
Cardmember Services
P.O. Box 6335
Fargo, ND 58125-6335

US Bank Platinum Visa
P.O. Box 790408
Saint Louis, MO 63179

US BANK, NA
c/o Codilis & Associates, PC
15W030 North Frontage Rd, Suite 1
Burr Ridge, IL 60527

US Bank, NA
Pierce & Associates
1 N. Dearborn St., Suite 1300
Chicago, IL 60602

Vanderbilt Country Club
8250 Danbury Blvd.
Naples, FL 34120

Vanilla & James Crowder
2830 S. Harlem Ave.
2nd Floor
Riverside, IL 60546

Vasari Country Club
11250 Via De Vasari Drive
Bonita Springs, FL 34135-6970

Vi Dong
2131 S. Grove Ave.
2nd Floor
Berwyn, IL 60402

Wakita  Evans
2830  S.  Harlem  Ave.
2nd  Floor  South
Riverside, IL 60546


Wells  Fargo  Home  Mortgage
P.O.  Box  105693
Atlanta, GA 30348-5693


William  &  Tami  Miller
8013  W.  Edgewater  Road
2nd  Floor  South
Riverside, IL 60546


William  &  Vicky  Petitte
4521  S.  Maple  Ave.
1st  Floor  North
Brookfield, IL 60513


Zach  Herman  Esq.
Albertelli  Law
PO  Box  23028
Tampa, FL 33623


Zorrice  Rodriguez
1818  S.  Kenilworth  Ave.
Garden  Apt.
Berwyn, IL 60402