IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 14-41720 |
| Richard Hank and Joan Hank, | ) Chapter 11 |
| | ) Honorable Timothy A. Barnes |
| | ) |
| Debtors/Debtors-in-Possession. | ) |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 17th day of December, 2014 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Timothy A. Barnes, Bankruptcy Judge, in the room usually occupied by him as courtroom 613, in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion to Approve Sale of Real Estate and For Related Relief**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Jeffrey C. Dan
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all the parties listed on the attached service list first class mail, properly addressed, postage pre-paid, on the 9th day of December, 2014.

/s/Jeffrey C. Dan

## SERVICE LIST

United States Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604

Joel P. Fonferko
Peter C. Bastianen
Codilis & Associates, P.C.
15W030 North Frontage Rd., #100
Burr Ridge, IL 60527

Shara C. Cornell
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

Jonathan N. Rogers
Klein, Daday, Aretos & O'Donoghue, LLC
2550 W. Golf Rd., Suite 250
Rolling Meadows, IL 60008

Andrew J. Nelson
Pierce & Associates, P.C.
1 N. Dearborn St., Suite 1300
Chicago, IL 60602

AAA Master Card Plat Plus
AAA Financial Services
P.O. Box 851001
Dallas, TX 75285

American Express OPTIMA Card
American Express
P.O. Box 981535
El Paso, TX 79998-1535

AT&T Universal Card Platinum
P.O. Box 6500
Sioux Falls, SD 57117-6500

Bank of America
P.O. Box 851001
Dallas, TX 75285

Capital One
P.O. Box 6492
Carol Stream, IL 60197

Chase Card Services
P.O. Box 15298
Wilmington, DE 19886

Chase Elite MasterCard
Chase Cardmember Services
P.O. Box 15153
Wilmington, DE 19886

Chase Slate MasterCard
Chase Card Services
P.O. Box 15153
Wilmington, DE 19886

Chase United Mileage Plus
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Visa
P.O. Box 15298
Wilmington, DE 19850-5298

Citi Drivers Edge
P.O. Box 6500
Sioux Falls, SD 57117

Citi Drivers Edge Master Card
P.O. Box 6500
Sioux Falls, SD 57117

Citi Gold Aadvantage Elite Master
CitiCards Processing Center
P.O. Box 6500
Sioux Falls, SD 57117

Citi Gold Aadvantage Master Card
CitiCards
P.O. Box 6004
Sioux Falls, SD 57117-6004

Discover Card
P.O. Box 30943
Salt Lake City, UT 84130

Goedert Huntington & DeBoer
1200 Harger Road, Suite 830
Oak Brook, IL 60523

Merrick Bank
P.O. Box 30537
Tampa, FL 33630

Robert Clark & Associates
111 N. Wheaton Ave., Unit 408
Wheaton, IL 60187

United Mileage Plus Visa
Chase Card Services
P.O. Box 15153
Wilmington, DE 19886

U.S. Bank Platinum Visa
P.O. Box 790408
St. Louis, MO 63179

ASC
PO Box 10388
Des Moines, IA 50306-0388

Bayview Loan Servicing
62516 Collection Center Drive
Chicago, IL 60693-0625

Becker & Poliakoff
Six Mile Corporate Park
12140 Carissa Commerce Ct., Ste 200
Fort Myers, FL 33966

BNY Mellon
c/o Pierce & Associates
1 N. Dearborn #1300
Chicago, IL 60602

Bond Schoeneck & King
4001 Tamiami Trail North, Suite 250
Naples, FL 34103-3555

Capital One Bank
PO Box 1917
Merrifield, VA 22116-1917

Chase Home Finance
P.O. Box 9001871
Louisville, KY 40290-1871

Chase Home Finance
P.O. Box 9001008
Louisville, KY 40290-1008

CitiMortgage, Inc.
P.O. Box 183040
Columbus, OH 43218-3040

Codilis & Associates, PC
15W030 N. Frontage Rd
Suite 100
Burr Ridge, IL 60527

Collier County Tax Collector
3291 Tamiami Trail East
Naples, FL 34112

Cook County Treasurer
118 N. Clark Street, Rm 112
Chicago, IL 60602

Deutsche Bank Tte for Wamu Asset
c/o Ryan Hart, Codilis & Associates
15W030 N. Frontage Road, Suite 100
Burr Ridge, IL 60527

Deutsche Bank Tte for Wamu Asset
c/o Codilis & Associates
15W030 N. Frontage Road, Suite 100
Burr Ridge, IL 60527

Deutsche Bank, NA
c/o Manley Deas Kochalski LLC
1 East Wacker Drive #1730
Chicago, IL 60601

DuPage County Collector
P.O. Box 4203
Carol Stream, IL 60197-4203

Eastern Savings Bank
Executive Plaza 2
11350 McCormick Road, Suite 200
Hunt Valley, MD 21031

Fay Servicing
P.O. Box 220720
Chicago, IL 60622

Forest Gate Homeowners Assoc.
c/o Oak & Dale Properties, Inc.
211 W. Chicago Ave., Suite 10
Hinsdale, IL 60521

Forest Glen Golf & Country Club
P.O. Box 11478
Naples, FL 34101

Green Tree
PO Box 6172
Rapid City, SD 57709-6172

IndyMac Mortgage Services
A Division of One West Bank
PO Box 4045
Kalamazoo, MI 49003-4045

JPMorgan Chase Bank
c/o Fisher Shapiro LLC
2121 Waukegan #301
Bannockburn, IL 60015

JPMorgan Chase Bank, NA
c/o Kahane & Associates, PA
8201 Peters Road, Suite 3000
Plantation, FL 33324

JPMorgan Chase Bank, NA
c/o Burke Warren & Mackay
330 N. Wabash 22nd Floor
Chicago, IL 60611

Jungle Plum East
12734 Kenwood Lane, Suite 25
Fort Myers, FL 33907-5639

Jungle Plum West
c/o Cambridge Management SWFL
2335 Tamiami Tr No. Ste #402
Naples, FL 34103

Nationstar Mortgage
P.O. Box 650783
Dallas, TX 75265

Ocwen Loan Servicing LLC
P.O. Box 24737
West Palm Beach, FL 33416-4737

Pavese Law Firm
P.O. Box 1565
Fort Myers, FL 33902-1565

Roetzel
850 Park Shore Drive
Trianon Centre - Third Floor
Naples, FL 34103

Samouce & Gal, P.A.
5405 Park Central Court
Naples, FL 34109

Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

Specialized Loan Servicing LLC
PO Box 105219
Atlanta, GA 30348-5219

Stonebridge Country Club
2116 Winding Oaks Way
Naples, FL 34109

Toscana I
c/o Resort Management
2685 Horseshoe Dr. S #215
Naples, FL 34104

U.S. Bank
c/o Codilis & Associates
15W030 North Frontage Rd Suite 100
Burr Ridge, IL 60527

U.S. Bank
c/o Heavner Scott, Beyers & Mihlar
PO Box 740
Decatur, IL 62523

U.S. Bank
c/o Shapiro, Fishman & Gache, LLP
2424 North Federal Hwy Suite 360
Boca Raton, FL 33431

US Bank, NA
Pierce & Associates
1 N. Dearborn St., Suite 1300
Chicago, IL 60602

Vanderbilt Country Club
8250 Danbury Blvd.
Naples, FL 34120

Vasari Country Club
11250 Via De Vasari Drive
Bonita Springs, FL 34135-6970

Wells Fargo Home Mortgage
P.O. Box 105693
Atlanta, GA 30348-5693

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 14-41720 |
| Richard Hank and Joan Hank, ) | Chapter 11 |
| ) | Honorable Timothy A. Barnes |
| ) | |
| Debtors/Debtors-in-Possession. ) | |

**MOTION TO APPROVE SALE OF REAL**
**ESTATE AND FOR RELATED RELIEF**

Richard Hank and Joan Hank, Debtors/Debtors-in-Possession herein ("Debtors"), by their attorneys, in support of their Motion to Approve Sale of Real Estate and for Related Relief pursuant to Section 363 of the Bankruptcy Code and Rules 4001(c) and 6004 of the Federal Rules of Bankruptcy Procedure; and in support thereof, states as follows:

**Introduction**

1. On November 19, 2014 (the "Petition Date"), an order for relief was entered in the above-captioned bankruptcy case pursuant to a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. Since the Petition Date, the Debtors have operated their business and managed their financial affairs as Debtors-in-Possession.

3. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this reorganization case.

4. The Debtors are owners and investors in single family and multi-family residential real estate located in the Chicago area and Florida, including the 3 flat located at 8013 W. Edgewater Rd., North Riverside, Illinois 60546 (the "Property").

5.     By this Motion, the Trustee requests that this Court approve the sale of the Property and grant certain related relief.

6.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

7.     This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A), (M), (N) and (O).

8.     The statutory predicates for the relief requested in this Motion are Section 363 of the Bankruptcy Code and Rules 4001(c) and 6004 of the Federal Rules of Bankruptcy Procedure.

**The Contract**

9.     Prior to the filing of this Bankruptcy Case, the Debtors entered into a Real Estate Contract ("Contract") with Francisco J. Gonzalez ("Buyer") for the Property. A copy of the Contract is attached to this Motion as **Exhibit A**.

10.     The Contract provides, in pertinent part, for the sale of the Property to the Buyer for the purchase price of $425,000.00 free and clear of any and all liens, claims and encumbrances, with the closing to proceed on or before December 28, 2014.

11.     The Property is subject to the pre-existing mortgage and lien in favor of Capital One Bank (the "Bank"), which secures a note with a current approximate balance in the amount of $238,000.00 ("Mortgage"). The Debtors believe that the offer contained in the Contract is the best available offer for the Property. The proceeds of the sale will be sufficient to pay the Bank in full.

12.     The Debtors assert that the proposed purchase price for the Property is

representative of fair value.

**Request for Related Relief**

13. The Debtors request authority to pay at the closing of the sale of the Property any and all closing costs, including but not limited to, real estate commissions, transfer stamps, real estate tax prorations, survey charges, title charges, rent credits and payment of real estate taxes.

14. The Debtors entered into a Real Estate Listing Agreement with Chris Tasevski of Century 21 Hallmark, which provides for a 4.5% commission to be paid at closing. The Debtors seek authority to pay this commission at closing.

15. The Debtors will also require an attorney to complete the closing. The Debtors seek authority to employ Robert Huntington to represent the Debtors in closing the sale of the Property. The attorneys' fees for the closing are one thousand one hundred dollars ($1,100). The Debtors seek authority to pay the attorneys fees at closing. To separately file a motion to employ would cost the Debtors and this estate more than the cost for the closing.

16. The Debtors further request that they be authorized to credit the Buyer for any security deposits the Debtors are currently holding for tenants.

17. The Debtors further request the authority to pay the Bank the amount of its payoff at closing.

18. The Debtors believe that it is in the best interests of the Debtors, their creditors, and this estate to authorize them to sell the Property, which will allow the Debtors to pay the secured claim of the Bank and will provide excess cash to the Debtors to be used towards a plan of reorganization.

19. The Debtors request this Court deem the notice provided to be sufficient in order to allow the sale of the Property to close in a timely manner.

**Conclusion**

20. For the reasons set forth in this Motion, the Debtors request that this Court approve the sale of the Property as requested herein, authorize payment of the real estate commission, attorneys fees, and all closing costs to be paid at the closing of the sale of the Property.

WHEREFORE, the Debtors/Debtors-in-Possession, Richard and Joan Hank, pray for the entry of an Order as follows:

A. Approving the sale of the Property upon the terms and conditions set forth on Exhibit A to this Motion;

B. Authorizing the Debtors to take any and all actions reasonably necessary to close the sale of the Property;

C. Authorizing the Debtors to pay at the closing of the sale of the Property any and all closing costs, including but not limited to, real estate commissions, transfer stamps, real estate tax prorations, survey charges, title charges, rent credits, attorneys' fees and payment of real estate taxes;

D. Authorizing the sale of the Property free and clear of liens with the Debtors paying the lien of Capital One Bank at closing;

E. Deeming the notice provided herein to be sufficient for good cause shown pursuant to Rule 2002(a)(2) of the Federal Rules of Bankruptcy Procedure; and

F.      Granting such other relief as may be just and appropriate.

Respectfully submitted,
Richard and Joan Hank,
Debtors/Debtors-in-Possession,

By:     /s/Jeffrey C. Dan
        One of their attorneys

**DEBTORS' COUNSEL**:
Eugene Crane (Atty. No. 0537039)
Arthur G. Simon (Atty. No. 03124481)
Jeffrey C. Dan (Atty. No. 06242750)
Brian P. Welch (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
W:\Jeff\Hank\Sell Property 8013 Edgewater Motion.mot.wpd