IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 14-41720 |
| Richard Hank and Joan Hank, | ) Chapter 11 |
| | ) Honorable Timothy A. Barnes |
| | ) |
| Debtors/Debtors-in-Possession. | ) |

## NOTICE OF MOTION

TO:    ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 10th day of February, 2015 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Timothy A. Barnes, Bankruptcy Judge, in the room usually occupied by him as courtroom 613, in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion to Amend Sale Order**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Jeffrey C. Dan
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all the parties listed on the attached service list first class mail, properly addressed, postage pre-paid, on the 3rd day of February, 2015.

/s/Jeffrey C. Dan

## SERVICE LIST

United States Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604

Joel P. Fonferko
Peter C. Bastianen
Codilis & Associates, P.C.
15W030 North Frontage Rd., #100
Burr Ridge, IL 60527

Shara C. Cornell
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

Jonathan N. Rogers
Klein, Daday, Aretos & O'Donoghue, LLC
2550 W. Golf Rd., Suite 250
Rolling Meadows, IL 60008

Andrew J. Nelson
Pierce & Associates, P.C.
1 N. Dearborn St., Suite 1300
Chicago, IL 60602

Richard Hank
Joan Hank
1447 Ashland Ave.
River Forest, IL 60305

AAA Master Card Plat Plus
AAA Financial Services
P.O. Box 851001
Dallas, TX 75285

American Express OPTIMA Card
American Express
P.O. Box 981535
El Paso, TX 79998-1535

AT&T Universal Card Platinum
P.O. Box 6500
Sioux Falls, SD 57117-6500

Bank of America
P.O. Box 851001
Dallas, TX 75285

Capital One
P.O. Box 6492
Carol Stream, IL 60197

Chase Card Services
P.O. Box 15298
Wilmington, DE 19886

Chase Elite MasterCard
Chase Cardmember Services
P.O. Box 15153
Wilmington, DE 19886

Chase Slate MasterCard
Chase Card Services
P.O. Box 15153
Wilmington, DE 19886

Chase United Mileage Plus
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Visa
P.O. Box 15298
Wilmington, DE 19850-5298

Citi Drivers Edge
P.O. Box 6500
Sioux Falls, SD 57117

Citi Drivers Edge Master Card
P.O. Box 6500
Sioux Falls, SD 57117

Citi Gold Aadvantage Elite Master
CitiCards Processing Center
P.O. Box 6500
Sioux Falls, SD 57117

Citi Gold Aadvantage Master Card
CitiCards
P.O. Box 6004
Sioux Falls, SD 57117-6004

Discover Card
P.O. Box 30943
Salt Lake City, UT 84130

Goedert Huntington & DeBoer
1200 Harger Road, Suite 830
Oak Brook, IL 60523

Merrick Bank
P.O. Box 30537
Tampa, FL 33630

Robert Clark & Associates
111 N. Wheaton Ave., Unit 408
Wheaton, IL 60187

United Mileage Plus Visa
Chase Card Services
P.O. Box 15153
Wilmington, DE 19886

U.S. Bank Platinum Visa
P.O. Box 790408
St. Louis, MO 63179

ASC
PO Box 10388
Des Moines, IA 50306-0388

Bayview Loan Servicing
62516 Collection Center Drive
Chicago, IL 60693-0625

Becker & Poliakoff
Six Mile Corporate Park
12140 Carissa Commerce Ct., Ste 200
Fort Myers, FL 33966

BNY Mellon
c/o Pierce & Associates
1 N. Dearborn #1300
Chicago, IL 60602

Bond Schoeneck & King
4001 Tamiami Trail North, Suite 250
Naples, FL 34103-3555

Capital One Bank
PO Box 1917
Merrifield, VA 22116-1917

Chase Home Finance
P.O. Box 9001871
Louisville, KY 40290-1871

Chase Home Finance
P.O. Box 9001008
Louisville, KY 40290-1008

CitiMortgage, Inc.
P.O. Box 183040
Columbus, OH 43218-3040

Codilis & Associates, PC
15W030 N. Frontage Rd
Suite 100
Burr Ridge, IL 60527

Collier County Tax Collector
3291 Tamiami Trail East
Naples, FL 34112

Cook County Treasurer
118 N. Clark Street, Rm 112
Chicago, IL 60602

Deutsche Bank Tte for Wamu Asset
c/o Ryan Hart, Codilis & Associates
15W030 N. Frontage Road, Suite 100
Burr Ridge, IL 60527

Deutsche Bank Tte for Wamu Asset
c/o Codilis & Associates
15W030 N. Frontage Road, Suite 100
Burr Ridge, IL 60527

Deutsche Bank, NA
c/o Manley Deas Kochalski LLC
1 East Wacker Drive #1730
Chicago, IL 60601

DuPage County Collector
P.O. Box 4203
Carol Stream, IL 60197-4203

Eastern Savings Bank
Executive Plaza 2
11350 McCormick Road, Suite 200
Hunt Valley, MD 21031

Fay Servicing
P.O. Box 220720
Chicago, IL 60622

Forest Gate Homeowners Assoc.
c/o Oak & Dale Properties, Inc.
211 W. Chicago Ave., Suite 10
Hinsdale, IL 60521

Forest Glen Golf & Country Club
P.O. Box 11478
Naples, FL 34101

Green Tree
PO Box 6172
Rapid City, SD 57709-6172

IndyMac Mortgage Services
A Division of One West Bank
PO Box 4045
Kalamazoo, MI 49003-4045

JPMorgan Chase Bank
c/o Fisher Shapiro LLC
2121 Waukegan #301
Bannockburn, IL 60015

JPMorgan Chase Bank, NA
c/o Kahane & Associates, PA
8201 Peters Road, Suite 3000
Plantation, FL 33324

JPMorgan Chase Bank, NA
c/o Burke Warren & Mackay
330 N. Wabash 22nd Floor
Chicago, IL 60611

Jungle Plum East
12734 Kenwood Lane, Suite 25
Fort Myers, FL 33907-5639

Jungle Plum West
c/o Cambridge Management SWFL
2335 Tamiami Tr No. Ste #402
Naples, FL 34103

Nationstar Mortgage
P.O. Box 650783
Dallas, TX 75265

Ocwen Loan Servicing LLC
P.O. Box 24737
West Palm Beach, FL 33416-4737

Pavese Law Firm
P.O. Box 1565
Fort Myers, FL 33902-1565

Roetzel
850 Park Shore Drive
Trianon Centre - Third Floor
Naples, FL 34103

Samouce & Gal, P.A.
5405 Park Central Court
Naples, FL 34109

Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

Specialized Loan Servicing LLC
PO Box 105219
Atlanta, GA 30348-5219

Stonebridge Country Club
2116 Winding Oaks Way
Naples, FL 34109

Toscana I
c/o Resort Management
2685 Horseshoe Dr. S #215
Naples, FL 34104

U.S. Bank
c/o Codilis & Associates
15W030 North Frontage Rd Suite 100
Burr Ridge, IL 60527

U.S. Bank
c/o Heavner Scott, Beyers & Mihlar
PO Box 740
Decatur, IL 62523

U.S. Bank
c/o Shapiro, Fishman & Gache, LLP
2424 North Federal Hwy Suite 360
Boca Raton, FL 33431

US Bank, NA
Pierce & Associates
1 N. Dearborn St., Suite 1300
Chicago, IL 60602

Vanderbilt Country Club
8250 Danbury Blvd.
Naples, FL 34120

Vasari Country Club
11250 Via De Vasari Drive
Bonita Springs, FL 34135-6970

Wells Fargo Home Mortgage
P.O. Box 105693
Atlanta, GA 30348-5693

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 14-41720 |
| Richard Hank and Joan Hank, ) | Chapter 11 |
| ) | Honorable Timothy A. Barnes |
| ) | |
| Debtors/Debtors-in-Possession. ) | |

## MOTION TO AMEND SALE ORDER

Richard Hank and Joan Hank, Debtors/Debtors-in-Possession herein, by and through their Attorneys, make their Motion to Amend Sale Order; and in support thereof, hereby state as follows:

### Introduction

1. On November 19, 2014 (the "Petition Date"), an order for relief was entered in the above-captioned bankruptcy case pursuant to a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. Since the Petition Date, the Debtors have operated their business and managed their financial affairs as Debtors-in-Possession.

3. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this reorganization case.

4. The Debtors are owners and investors in single family and multi-family residential real estate located in the Chicago area and Florida, including the 3 flat located at 8013 W. Edgewater Rd., North Riverside, Illinois 60546 (the "Property").

5. On December 19, 2014, this Court entered an Order approving the sale of the

1

Property. A copy of the Order is attached hereto as **Exhibit A**.

6. Pursuant to the Order, the Debtors are authorized to take all reasonable actions necessary to close the sale of the Property.

7. Pursuant to the contract attached to the Order, the sale price was $425,000.00.

8. The buyer's lender had an appraisal performed regarding the Property and pursuant to the appraisal, the sale price has to be lowered to $400,000.00 in order for the purchaser to qualify for a mortgage.

9. With a sale price of $400,000.00, there is still approximately $125,000.00 to $150,000.00 in equity in the Property.

10. The Debtors seek to amend the Order of December 19, 2014, to allow the Debtors to close the sale of the Property for the new purchase price of $400,000.00.

11. The Debtors have received a payoff letter from their lender and have disputed certain items, including the amount of the attorneys fees in the payoff letter.

12. The Debtors seek further authority to close the sale of the Property, paying off the alleged interest and principal due on the mortgage on the Property and to escrow the additional funds regarding disputed portions of the payoff letter until further order of Court.

13. The Debtors have asked the lender to agree to work out these issues and to escrow the funds until further order of Court or until the matter is resolved, however have not heard from the lender as of the filing of this Motion.

WHEREFORE, the Debtors/Debtors-in-Possession, Richard and Joan Hank, pray for the entry of an Order as follows:

A. Authorizing the Debtors to reduce the selling price to $400,000.00;

2

B.  Authorizing the Debtors to escrow any disputed funds regarding the payoff to the lender; and

D.  Granting such other relief as may be just and appropriate.

>Respectfully submitted,
>Richard and Joan Hank,
>Debtors/Debtors-in-Possession,
>
>By: /s/Jeffrey C. Dan
>One of their attorneys

**DEBTORS' COUNSEL**:
Eugene Crane (Atty. No. 0537039)
Arthur G. Simon (Atty. No. 03124481)
Jeffrey C. Dan (Atty. No. 06242750)
Brian P. Welch (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
W:\Jeff\Hank\Amend Sale Order.MOT.wpd