UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-41720 |
| Richard Hank and Joan Hank | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER AMENDING CONFIRMATION ORDER OF DECEMBER 22, 2015**

THIS MATTER COMING TO BE HEARD upon the Motion of Richard and Joan Hank, Debtors herein, To Amend the Confirmation Order entered on December 22, 2015; proper notice having been provided; and this Court being fully advised in the premises.

IT IS HEREBY ORDERED as follows:

A. The Confirmation Order of December 22, 2015, is amended to reflect that the maturity date on the mortgage regarding the Class 6.2A claim is May 1, 2030; and

B. The Confirmation Order of December 22, 2015, is amended to reflect that the maturity date on the mortgage regarding the Class 6.2B claim is February 1, 2023.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  February 23, 2016

**Prepared by:**

DEBTORS' COUNSEL:
Eugene Crane (Atty. No. 0537039)
Arthur G. Simon (Atty. No. 03124481)
Brian P. Welch (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
Jeff\Hank\Amend Confirmation Order.ORD