UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-41720 |
| RICHARD HANK | ) | |
| JOAN HANK | ) | Chapter: 11 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE

THIS MATTER COMING TO BE HEARD upon the Motion of the Debtors, RICHARD HANK and JOAN HANK, by and through their attorneys, for Entry of Final Decree, the Court having entered an Order Confirming the Debtors' Third Amended Plan of Reorganization on December 22, 2015, notice of said Motion having been given, no objections having been filed or otherwise presented, and the Court being fully advised in the premises:

THE COURT HEREBY FINDS that the Third Amended Plan of Reorganization has been substantially consummated; and accordingly,

IT IS HEREBY ORDERED that a Final Decree is entered and this estate is hereby closed. The Debtors' are still obligated to pay all outstanding US Trustee fees.

Enter:

Dated: 20 APR 2016

United States Bankruptcy Judge

**Prepared by:**
DEBTORS' COUNSEL:
Eugene Crane (Atty. No. 0537039)
Arthur G. Simon (Atty. No. 03124481)
Jeffrey C. Dan (Atty. No. 06242750)
Brian P. Welch (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114

Rev: 20130103_bko